IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

| | |
|---|---|
| Casey Faith Williams, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No.: 3:25-CV-904-MMH-MCR |
| | ) |
| SHERIFF BRAD WHITEHEAD, | ) [To be assigned] |
| | ) |
| UNION COUNTY , FLORIDA, | ) |
| | ) |
| JUDGE MITCHELL BISHOP, | ) |
| | ) |
| JUDGE GEORGE WRIGHT, | ) |
| | ) |
| STATE ATTORNEY BRUCE HELLING, | ) |
| | ) |
| LIEUTENANT WILLIAM H. MILLER JR., | ) |
| | ) |
| SERGEANT JAMES JANKOWSKI, | ) |
| | ) |
| CAPTAIN LYN WILLIAMS, | ) |
| | ) |
| CAPTAIN TOMLINSON (BAILIFF), | ) |
| | ) |
| PHILLIP SELLERS, | ) |
| | ) |
| DAVID C. GLADDING, | ) |
| | ) |
| SAMUEL A. MURPHY, | ) |
| | ) |
| KELLIE HENDRICKS RHOADES, | ) |
| | ) |
| LINDA L. JAMES, (individual capacity only) | ) |
| | ) |
| (all in official and individual capacities) | ) |
| | ) |

1

Defendants.                              )

_____

## VERIFIED COMPLAINT FOR VIOLATION OF CIVIL

## RIGHTS AND REQUEST FOR INJUNCTIVE RELIEF

(Pursuant to 42 U.S.C. § 1983 and Related Federal Statutes)

## I. JURISDICTION AND VENUE

This Court has jurisdiction under 28 U.S.C. §§ 1331 and 1343, as this action arises under the United States Constitution and federal law, specifically 42 U.S.C. § 1983, and related civil and religious rights statutes.

Venue is proper under 28 U.S.C. § 1391(b) because the acts and omissions complained of occurred in Union County, Florida.

## II. INTRODUCTION

Plaintiff brings this civil action to hold public officials accountable for their coordinated, malicious, and criminal abuse of authority, which has led to repeated violations of Plaintiff's First, Fourth, Fifth, Sixth, Eighth, Ninth, and Fourteenth Amendment rights. While compensatory and punitive damages are sought as a

2

matter of justice, Plaintiff's foremost aim is not financial gain but lawful accountability, exposure of systemic corruption, and the restoration of constitutional order. These officials have acted under color of law, not only to suppress Plaintiff's rights but to cover for each other in a chain of misconduct, obstruction, and judicial fraud. Plaintiff prefers incarceration and restitution over the $1-8 billion demand, and demands a jury trial. The $8 billion demand is based on unrebutted tacit agreements after Plaintiff notified Judge Bishop via the court e-portal and requested immediate remedy to halt the retaliation and dismiss the fraudulent charges, citing lack of both jurisdictions, judicial bias, misconduct, and multiple criminal actions and rights violations committed in open court. Plaintiff knows that Judge Bishop didn't act alone and as a result, Plaintiff increased the amount expected of both the sheriff and the state attorney.

## III. CHRONOLOGICAL FACTUAL RECORD

1. In August 2023, Plaintiff gave Sheriff Brad Whitehead verbal notice of her intent to lawfully exercise her constitutional right to travel within Union County. She presented valid federal precedent in support of this right. In response, Plaintiff was threatened with arrest if she were to be seen "driving," and was then escorted

out of the sheriff's department. This entire exchange was audio recorded on her personal cellphone and backed up on multiple devices.

2. In April 2024, Plaintiff attended the monthly Union County meeting and publicly delivered an ultimatum to Sheriff Whitehead, either begin upholding his sworn oath to protect the constitutionally secured rights of the people, or she would submit recorded evidence of his misconduct to the Florida Commission on Ethics. Within approximately 30 minutes of Plaintiff's public statement, the sheriff slow-drove past her residence multiple times and had someone fly a low-altitude drone directly over her home. The following day, she attempted to contact the sheriff's department for clarification, but instead received a series of harassing phone calls from Lieutenant Billy Miller, who returned my call then continued to call back a total of 8 times in a harassing and mocking manner. During these calls, he made unprofessional and degrading remarks, such as:

- "You're 50 years old and still living with your parents,"

- "How can we get this to go away?"

- This was a lie: "We don't have a drone... well, we do, but it's still in the box."

4

Later that same night, at exactly 11:08 p.m., Plaintiff received a call from the sheriff himself, from an "unknown" or "restricted" number. When she answered, he mockingly asked, "Is this Hungry Howie's?" and began pretending to order "a large pepperoni pizza," behaving like a middle school-aged child. Screenshots of the call logs documenting these harassing communications were saved to her iCloud account, the same account that was later unlawfully accessed, stolen, and hijacked by the sheriff in an apparent effort to suppress this evidence.

3. The entire perimeter of Plaintiff's automobile displayed visible, fact based signage of well-grounded laws and Supreme Court case laws, Constitutional quotes, Bible verses, a DOT exempt PRIVATE sign/tag/plate, and other signs in the form of vinyl decals, such as:

- "No Trespassing" (on all 4 doors, as well as, trunk and hood),

- "Not in Commerce"

- "Not for Hire"

- "UCC 1-308"

- "Without Prejudice"

- "Honor Your Oath

5

4. On January 31, 2025, Plaintiff was stopped without probable cause by Union County Sheriff's Deputy Samuel Murphy, acting under the direct orders of Sheriff Brad Whitehead to pull her automobile over whenever seen on the road.

5. When the deputy demanded a license, Plaintiff informed him that she was not driving, she was traveling, in which no license is required, and directed him to read the signage on her automobile. He refused.

6. Plaintiff's window was unlawfully busted out, she was forcibly removed, and was arrested without lawful cause. Her constitutional signage was ignored entirely. The deputies were not following the law—they were following unlawful orders from the sheriff. Plaintiff has the right to ignore unlawful commands, particularly from untrained deputies who refuse to listen or engage in lawful discourse.

7. Plaintiff's automobile and purse were unlawfully searched under the false pretense of "inventory for towing." During the search, her glovebox was damaged, and the interior was left in disarray. Deputy Gladding aggressively ripped off Plaintiff's private DOT exempt sign rather than removing it properly. This unwarranted misconduct shows that the deputies never intended on returning her property.

6

8. Plaintiff's personal cellphone, which the sheriff knew contained evidence directly implicating him, was unlawfully seized by Deputy Murphy and handed over to Sheriff Whitehead. It was never returned to the Plaintiff.

9. While Plaintiff was in custody, her iCloud account was hijacked. This account contained recordings, photos, and evidence related to the unlawful traffic stop, prior interactions with the sheriff, and other critical data. It also included over 20 years of personal records, which Plaintiff can no longer access, but which the sheriff now possesses and has personal access to.

10. Sheriff Brad Whitehead then lied to the first appearance judge, falsely claiming Plaintiff said, "I am leaving the state after being bonded out." This malicious statement is completely fabricated, does not appear in any report or recording, and was used by Judge George Wright to unlawfully label Plaintiff a flight risk and set her bond at $10,000. This intentional deceit delayed her release, knowing full well a bondsman would not approve her bond, which wasn't fully successful as the bondsman accepted Plaintiffs bond request. This information was echoed to the Plaintiff immediately after her release from jail by the bail bondsman, Linda L. James.

7

11. The arrest and its fabricated justification were acts of retaliation for lawfully asserting Plaintiff's constitutional right to travel and for publicly taking a stand against local corruption and exposing the Sheriff's cocaine abuse and his recent investigations, publicly. Union County does not tolerate individuals who stand on their rights or those who shine a spotlight on their misconduct, and who are widely known for "making whistleblowers go missing".

12. After her release, Plaintiff attempted to file motions and affidavits asserting her rights, challenging all jurisdiction, and demanding lawful remedy. All were denied or ignored by the court without explanation, Judge Wright admitted to only "briefly reviewing" them.

13. At Plaintiff's second pretrial hearing, Judge Mitchell Bishop abruptly silenced her after she invoked the Supremacy Clause of the U.S. Constitution, dismissing it as "absolute nonsense." Plaintiff had anticipated being interrupted and had just begun explaining her right to travel when Judge Bishop cut her off. He then unlawfully appointed an attorney over her repeated and explicit objections and blocked all further attempts to challenge jurisdiction. His behavior was hostile, unlawful, and intended to pressure Plaintiff into a plea deal, attempting to strip her

of her right to appeal or pursue lawful claims by appointing her a public defender. This was later retracted via email/e-filing portal by Judge Bishop after Plaintiff's duel objections, and a Faretta hearing was scheduled.

14. At the third pretrial hearing on July 15, 2025, Judge Bishop continued to reject Plaintiff's jurisdictional challenges, attempted multiple times to proceed with a Faretta hearing without jurisdiction to do so, accused both the Plaintiff and her mother of privately recording the proceedings in the courtroom (violation of Plaintiffs First Amendment right to Freedom of Press) which was an attempt to intimidate Plaintiff and fill up her time with irrelevant accusations, after admitting that her publicly posted video of the hearing looked as though it was properly obtained through the court system. Judge

15. From the beginning, both Judge Wright and Judge Bishop have refused to honor Plaintiff's right to represent herself pro se. Judge Wright repeatedly overtalked her at the first pretrial hearing, while Judge Bishop outright silenced her at the second hearing.

16. The court has continuously refused to answer questions about probable cause and has denied every lawful assertion Plaintiff has made, violating her right to due process.

17. Both judges involved in this case are now under investigation by the Florida Judicial Qualifications Commission (JQC), yet the retaliation and suppression persist.

18. The ongoing abuse of process and suppression of Plaintiff's constitutional rights has severely aggravated a medical condition (NHL) that compromises her immune system under high stress. The emotional and physical toll of being silenced, denied access to the courts, and subjected to misconduct has caused serious health deterioration. If Plaintiff is unlawfully incarcerated again under the same unconstitutional conditions, the resulting stress may severely damage her body's ability to function, and could prove fatal. The court has been notified of this risk, yet continues to place her in harm's way without lawful cause.

19. Plaintiff has sent complaints and notices to the DOJ, FBI, FDLE, the Florida Commission on Ethics, and the Florida Attorney General, in which all were denied after the mere mention of the sheriff's name. All have failed to respond or take

action, until July 8, when Plaintiff received what appears to be a referral letter from the DOJ to the FBI. The content of the letter was vague and unclear. A final notice and call to action is being sent to the FBI, though no response is expected due to nepotism and criminal misconduct cover-ups.

20. Most recent encounter: On August 3, 2025, Plaintiff contacted her bail bonds agent, Linda L. James, who is a direct witness to the fabricated statement made by Sheriff Brad Whitehead, which falsely labeled Plaintiff as a flight risk. When asked via text message if she was willing to testify regarding the sheriff's statement, specifically, his claim that Plaintiff said, *"I'm leaving the state after bonding out"*, Defendant James refused, citing concern about "straining their relationship." Upon being informed that she would be subpoenaed, Defendant James became hostile, called Plaintiff by phone, cursed her out, and threatened to revoke Plaintiff's bond if the subpoena was issued. This conduct constitutes witness intimidation, retaliation, and obstruction of justice, as well as a deprivation of Plaintiff's constitutional rights under the First, Fifth, Sixth, and Fourteenth Amendments, including due process, the right to confront witnesses, and the right to call witnesses in her favor.

Defendant James also made additional retaliatory statements, including:

11

- Threats to revoke bond if Plaintiff missed check-ins;

- Threats to file a countersuit for harassment and defamation;

- Retraction of a prior verbal agreement allowing Plaintiff to check in via text;

- Blocking Plaintiff's ability to check in using the same method previously agreed upon and consistently used.

21. These ongoing acts constitute a coordinated pattern of unlawful retaliation, civil rights violations, religious suppression, theft of property, obstruction of justice, and denial of due process—coupled with internal corruption, conspiracy, cover-ups, and abuse of government power.

22. Furthermore, it is relevant to note that the entire North Florida region, particularly Union County and its surrounding areas, appears to operate with a troubling degree of collusion in systemic misconduct. Neighboring Bradford County recently disbanded its police department due to corruption, and the nearby town of Waldo, located in Alachua County, permanently dissolved its police department in 2014 and has yet to reestablish one.

23. Plaintiff also highlights the disproportionate number of prisons located within and directly surrounding Union County, coupled with a severe lack of local employment opportunities, bare-minimal access to entertainment (only one public park) or any community development, a visibly increasing homeless population,

and a widespread drug crisis (including Sheriff Brad Whitehead's multiple criminal and federal investigations for his widely-known abuse of cocaine and prescription pain pill addiction that went absolutely nowhere due to extreme nepotism), particularly in Lake Butler and adjacent counties. These factors raise serious concerns about whether the county's continued operation is sustained through the targeted criminalization and incarceration of its own citizens, thereby funneling individuals into the prison system to economically support a deeply corrupt infrastructure. Plaintiff requests that this court moves to encourage investigative authorities to immediately look into this matter.

## IV. MEDICAL VULNERABILITY AND JUDICIAL DISREGARD FOR HEALTH RISK

1. The Court has been made fully aware that Plaintiff suffers from a serious medical condition (Non Hodgkin Lymphoma) that severely compromises her immune system, particularly under unsanitary and violent conditions, as well as, extreme stress. Plaintiff also has a port-a-cath device implanted directly on her chest and in her heart that requires proper monitoring and care. This condition has been documented on the record and disclosed in prior filings. Despite this, the presiding judge has shown deliberate indifference to Plaintiff's medical

vulnerability by threatening to incarcerate her under knowingly hostile, unsafe, and unconstitutional jail conditions.

2. The threat of confinement was not based on any lawful finding of guilt, nor on any legitimate concern for public safety, but instead on fabricated accusations and retaliatory claims, including the false labeling of Plaintiff as a "flight risk." Such action serves no lawful purpose and has directly endangered Plaintiff's life. The environment of a jail, where Plaintiff would be denied proper nutrition, rest, and the ability to manage stress safely, and to subject plaintiff to conditions that lack proper medical care and monitoring, known for violence, and proven unsanitary, even for a short period of time, presents a serious risk of triggering life-threatening complications.

3. Worse still, the judge has openly threatened to strengthen or increase an already excessive and baseless punishment if Plaintiff continues to lawfully assert her rights or refuse to accept a plea agreement. This judicial conduct not only violates basic standards of due process but also rises to the level of coercion, intimidation, and cruel and unusual punishment in violation of the Eighth and Fourteenth Amendments to the U.S. Constitution.

14

4. The Court's refusal to consider less restrictive, lawful alternatives, despite Plaintiff's clean record, non-violent status, and documented medical condition, demonstrates a willful abuse of power. If Plaintiff is subjected to further retaliatory detention, the emotional and physical toll may result in permanent harm or death. Plaintiff hereby places this Court on notice that any future incarceration under these known unconstitutional conditions will be held as deliberate indifference to my safety and life, and may form the basis for additional civil and criminal liability under 42 U.S.C. § 1983 and related federal statutes.

## V. PARTIES

**Plaintiff:**

1. <u>Casey Faith Williams</u> – A private American and a child of God, deprived of constitutional and religious rights through unlawful traffic stop, arrest, extended detention, executive and judicial manipulation, theft of private property, and repetitive state and judicial retaliation.

**DEFENDANTS:** (All sovereign and judicial immunity is waived due to malicious intent and criminal misconduct.)

2. <u>Sheriff Brad Whitehead</u>

15

• Relief Sought: Permanent removal from office and $8,000,000,000 (billion), OR (preferred) permanent removal from office, imprisonment, and $1,000,000 (million) restitution.

• Allegations:

A. Ordered the unlawful traffic stop, arrest, and confiscation of Plaintiff's cell phone despite prior verbal notice and without probable cause, warrant, or consent; Seized Plaintiff's phone without a warrant and refused to return it;

B. Hijacked Plaintiff's iCloud account to block access to exculpatory evidence;

C. Provided false statements to the first appearance judge to prolong detention;

D. Retaliated against Plaintiff for exercising protected rights;

E. Disregarding constitutional rights and Supreme Court precedent, violating the Oath of Office..

**LAWS VIOLATED BY WHITEHEAD:**

a. 18 U.S.C. § 241 – Conspiracy Against Rights: Willfully conspired with others to injure, oppress, threaten, or intimidate Plaintiff in the free exercise and enjoyment of constitutionally protected rights, including the right to due process, liberty, and religious freedom.

b. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law: Personally deprived Plaintiff of rights under the 1st, 4th, 5th, 8th, 9th, and 14th Amendments

guaranteed by the Constitution and laws of the United States while acting under color of state authority.

c. 5 U.S.C. § 3331 – Violation of Oath of Office: "An individual, except the President, elected or appointed to an office of honor or profit in the civil service or uniformed services, shall take the following oath:

*"'I, ___, do solemnly swear (or affirm) that I will support and defend the Constitution of the United States against all enemies, foreign and domestic; that I will bear true faith and allegiance to the same; that I take this obligation freely, without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.'*

*This section does not affect other oaths required by law."*

d. 18 U.S.C. § 641 – Theft or Conversion of Public Property or Records: Knowingly stole, embezzled, or unlawfully converted Plaintiff's private property (including digital devices and data) for personal use or governmental misuse.

e. 18 U.S.C. § 1030 – Fraud and Related Activity in Connection with Computers (Computer Fraud and Abuse Act): Accessed or caused others to access Plaintiff's digital information, devices, or communications without authorization, with intent to cause harm or obstruct justice.

17

f. 18 U.S.C. § 1503 – Obstruction of Justice: Corruptly obstructed and endeavored to influence the due administration of justice by hijacking Plaintiff's iCloud account to suppress, conceal, and block Plaintiff's access to exculpatory evidence stored within it; evidence proving Sheriff Brad Whitehead's unlawful actions. This deliberate act of digital interference preceded and affected subsequent judicial proceedings involving Plaintiff.

g. 18 U.S.C. § 1519 – Falsification of Records in Federal Investigations: Knowingly falsified, altered, concealed, or destroyed documents and records with the intent to impede or obstruct the investigation or legal process related to Plaintiff's case. In this case, he knowingly destroyed my digital documents by hijacking my icloud account.

h. 18 U.S.C. § 4 – Misprision of Felony: Knowingly concealed and failed to report one or more felonies committed against Plaintiff, despite having full knowledge of those offenses. This willful inaction enabled the continuation of unlawful conduct. Such deliberate disregard for clearly established law appears motivated by financial interest and the preservation of government control.


3. Lieutenant William H. Miller Jr.

• Relief Sought: Permanent relief of duty and $1,000,000,000 (billion) OR (preferred) imprisonment, and $500,000 (thousand) restitution.

18

• Allegations:

A. Approved unlawful arrest paperwork,

B. Enabled conspiracy and failed to report criminal activity,

C. Violated the Oath of Office.

**LAWS VIOLATED BY MILLER:**

a. **18 U.S.C. § 241** – Conspiracy Against Rights: Participated in an agreement to deprive Plaintiff of constitutionally protected rights under color of law.

b. **18 U.S.C. § 242** – Deprivation of Rights Under Color of Law: Personally deprived Plaintiff of rights secured by the Constitution, including unlawful arrest, detention, and judicial obstruction.

c. **5 U.S.C. § 3331** – Violation of Oath of Office.

d. **18 U.S.C. § 4** – Misprision of Felony: Knew of a felony being committed against Plaintiff and failed to report it to authorities, thereby aiding and abetting criminal activity.


4. <u>Sergeant James Jankowski</u>

• Relief Sought: Permanent relief of duty and $1,000,000,000 (billion) OR (preferred) imprisonment, and $500,000 (thousand) restitution.

• Allegations:

A. Acted as the supervising officer at the scene of Plaintiff's unlawful arrest;

19

B. Refused to intervene while witnessing ongoing constitutional violations committed by subordinates and Sheriff Brad Whitehead;

C. Failed to stop or correct the unlawful seizure of Plaintiff's property and person despite having the authority and duty to do so,

D. Allowed the deprivation of Plaintiff's right to travel, right to due process, and right to religious freedom under the First, Fourth, Fourteenth Amendments,

E. Demonstrated deliberate indifference to clearly established constitutional rights. Ignorance is no excuse for violating the law.

**LAWS VIOLATED BY JANKOWSKI:**

a. **18 U.S.C. § 241** – Conspiracy Against Rights: Participated in an agreement to deprive Plaintiff of constitutionally protected rights under color of law.

b. **18 U.S.C. § 242** – Deprivation of Rights Under Color of Law: Personally deprived Plaintiff of rights secured by the Constitution, including unlawful arrest, detention, and judicial obstruction.

c. **5 U.S.C. § 3331** – Violation of Oath of Office.

d. **18 U.S.C. § 4** – Misprision of Felony: Knew of a felony being committed against Plaintiff and failed to report it to authorities, thereby aiding and abetting criminal activity.

5. <u>State Attorney Bruce Helling</u>

20

• Relief Sought: Immediate disbarment and $8,000,000,000 (billion) OR (preferred) imprisonment, and $500,000 (thousand) restitution.

• Allegations: Prosecuted without jurisdiction or valid legal theory. Engaged in malicious retaliation.

**LAWS VIOLATED BY HELLING:**

a. 18 U.S.C. § 241 – Conspiracy Against Rights: Participated in an agreement to deprive Plaintiff of constitutionally protected rights under color of law.

b. 18 U.S.C. § 242 – Deprivation of Rights Under Color of Law: Personally deprived Plaintiff of rights secured by the Constitution, including unlawful arrest, detention, and judicial obstruction.

c. 5 U.S.C. § 3331 – Violation of Oath of Office.

18 U.S.C. § 4 – Misprision of Felony: Knew of a felony being committed against Plaintiff and failed to report it to authorities, thereby aiding and abetting criminal activity.


6. <u>Judge George Wright</u>

• Relief Sought: : Removal from bench and $1,000,000,000 (billion), OR (preferred) removal from bench, disbarment, imprisonment, and $1,000,000 (million) restitution.

• Allegations:

21

A. Knowingly enforced void and unconstitutional proceedings.

B. Rejected Plaintiff's jurisdictional challenges without lawful basis or explanation, and denied, ignored, or failed to rule on Plaintiff's lawful motions and affidavits.

C. Ignored binding constitutional law and Supreme Court precedent raised by Plaintiff.

D. Violated Plaintiff's right to self-representation by over-talking Plaintiff to silence her lawful defense unlawfully and attempted to appoint counsel against her will (Faretta v. California, 422 U.S. 806 (1975)).

E. Refused to answer Plaintiff's questions regarding probable cause and the lawful basis of her arrest.

F. Failed to acknowledge the Supreme Court's recent overturning of Chevron deference and refused to adjust his rulings or conduct accordingly, thereby continuing to rely on a defunct standard in violation of constitutional principles.

G. Participated in judicial retaliation by suppressing Plaintiff's filings and setting harsh deadlines or court dates intended to cause harm.

H. Allowed or facilitated a courtroom atmosphere hostile to Plaintiff's exercise of protected rights.

I. Acted with judicial bias, having accepted and relied upon false statements provided by Sheriff Brad Whitehead to prolong unlawful incarceration.

22

J. Failed to disclose or recuse himself despite a clear conflict of interest and prior involvement in the case's unlawful origins.

K. Obstructed justice by suppressing evidence, ignoring unlawful conduct by law enforcement, and failing to take corrective action on Plaintiff's claims.

L. Failed to maintain neutrality and fairness, in violation of judicial ethics and constitutional protections.

M. Participated in and allowed malicious prosecution to continue despite the absence of any lawful basis for the underlying charges.

**LAWS VIOLATED BY WRIGHT:**

a. **18 U.S.C. § 241** – Conspiracy Against Rights: Participated in an agreement to deprive Plaintiff of constitutionally protected rights under color of law.

b. **18 U.S.C. § 242** – Deprivation of Rights Under Color of Law: Personally deprived Plaintiff of rights secured by the Constitution, including unlawful arrest, detention, and judicial obstruction.

c. **5 U.S.C. § 3331** – Violation of Oath of Office.

d. **18 U.S.C. § 1505** – Obstruction of Proceedings Before Departments, Agencies, and Committees: Actively interfered with Plaintiff's ability to report federal crimes and blocked legitimate investigation or remedy.

23

e. **18 U.S.C. § 1512** – Tampering With a Witness, Victim, or Informant: Obstructed, intimidated, or attempted to silence Plaintiff as a witness and complainant in both judicial and administrative forums.

f. **18 U.S.C. § 4** – Misprision of Felony: Knew of a felony being committed against Plaintiff and failed to report it to authorities, thereby aiding and abetting criminal activity.

7. <u>Judge Mitchell Bishop</u>

• Relief Sought: : Removal from bench and $8,000,000,000 (billion), OR (preferred) removal from bench, disbarment, imprisonment, and $1,000,000 (million) restitution.

• Allegations:

A. Orchestrated or participated in fraudulent court processes.

B. Concealed constitutional violations to preserve unlawful proceedings.

C. Knowingly denied Plaintiff's lawful motions and filings without cause or explanation.

D. Failed to acknowledge the Supreme Court's recent overturning of Chevron deference and refused to adjust his rulings or conduct accordingly, thereby continuing to rely on a defunct standard in violation of constitutional principles.

24

E. Ignored binding constitutional law, Supreme Court precedent, and federal definitions to suppress Plaintiff's rights.

F. Violated Plaintiff's right to self-representation under Faretta v. California, 422 U.S. 806 (1975).

G. Attempted to force unwanted legal counsel on Plaintiff in violation of her autonomy and lawful status as a pro se litigant.

H. Facilitated or allowed judicial retaliation against Plaintiff for asserting her rights.

I. Failed to address or remedy the unlawful conduct of Sheriff Brad Whitehead, despite being on notice.

J. Abused judicial discretion to maintain jurisdiction where none lawfully exists.

K. Violated due process and equal protection under the Fourteenth Amendment.

L. Participated in obstruction of justice by suppressing evidence and facts submitted by Plaintiff.

M. Knowingly maintained unlawful charges despite clear constitutional and jurisdictional defects.

N. Conspired with other public officials to silence Plaintiff and force a plea under duress.

25

O. Participated in and allowed malicious prosecution by continuing a case lacking lawful foundation.

P. Violated judicial ethics and canons of impartiality, fairness, and neutrality.

Q. Created a hostile courtroom environment by retaliating against Plaintiff's lawful objections and filings.

R. Attempted to coerce Plaintiff into a plea deal under threat of harsher punishment.

S. Obstructed justice by suppressing evidence, ignoring unlawful conduct by law enforcement, and failing to take corrective action on Plaintiff's claims.

**LAWS VIOLATED BY BISHOP:**

a. **18 U.S.C. § 241** – Conspiracy Against Rights: Participated in an agreement to deprive Plaintiff of multiple constitutionally protected rights under color of law.

b. **18 U.S.C. § 242** – Deprivation of Rights Under Color of Law: Personally deprived Plaintiff of rights secured by the Constitution, including unlawful arrest, detention, and judicial obstruction.

c. **5 U.S.C. § 3331** – Violation of Oath of Office.

d. **18 U.S.C. § 1505** – Obstruction of Proceedings Before Departments, Agencies, and Committees: Actively interfered with Plaintiff's ability to report federal crimes and blocked legitimate investigation or remedy.

26

e. **18 U.S.C. § 1512** – Tampering With a Witness, Victim, or Informant: Obstructed, intimidated, or attempted to silence Plaintiff as a witness and complainant in both judicial and administrative forums.

f. **18 U.S.C. § 4** – Misprision of Felony: Knew of a felony being committed against Plaintiff and failed to report it to authorities, thereby aiding and abetting criminal activity.

8. <u>Captain D.F. "Lyn" Williams</u>

• Relief Sought: Permanent relief of duty and $1,000,000,000 (billion) OR (preferred) imprisonment, and $500,000 (thousand) restitution.

• Allegations:

A. Present in courtroom during unlawful judicial acts and failed to report or intervene.

B. Violation of Oath of Office.

**LAWS VIOLATED BY WILLIAMS:**

a. **18 U.S.C. § 241** – Conspiracy Against Rights: Participated in an agreement to deprive Plaintiff of constitutionally protected rights under color of law.

b. **18 U.S.C. § 4** – Misprision of Felony: Knew of a felony being committed against Plaintiff and failed to report it to authorities, thereby aiding and abetting criminal activity.

27

c. **5 U.S.C. § 3331** – Violation of Oath of Office.

9. <u>Captain Tomlinson (Bailiff)</u>

• Relief Sought: Permanent relief of duty and $1,000,000,000 (billion) OR (preferred) imprisonment, and $500,000 (thousand) restitution.

• Allegations:

A. Enforced orders from a court lacking jurisdiction.

B. Participated in judicial fraud by silent complicity. Ignorance is no excuse for violating the law.

C. Violation of Oath of Office.

**LAWS VIOLATED BY TOMLINSON:**

a. **18 U.S.C. § 241** – Conspiracy Against Rights: Participated in an agreement to deprive Plaintiff of constitutionally protected rights under color of law.

b. **18 U.S.C. § 4** – Misprision of Felony: Knew of a felony being committed against Plaintiff and failed to report it to authorities, thereby aiding and abetting criminal activity.

c. **5 U.S.C. § 3331** – Violation of Oath of Office.

10. <u>Deputy David C. Gladding</u>

• Relief Sought: (Preferred) Permanent relief of duty and $1 million, $1,000,000 (million) OR imprisonment, and $500,000 (thousand) restitution.

• Allegations:

A. Conspired with others to deprive Plaintiff of inalienable, God given rights.

B. Unlawful arrest and failure to stop constitutional violations, and damage to personal property. Ignorance is no excuse for violating the law.

C. Violation of Oath of Office.

**LAWS VIOLATED GLADDING:**

a. **18 U.S.C. § 241** – Conspiracy Against Rights: Knowingly conspired with one or more persons to deprive Plaintiff of rights secured by the Constitution, including freedom from unlawful detention, fair judicial process, and free exercise of religion. This includes both direct participation and passive cooperation in the conspiracy.

b. **18 U.S.C. § 242** – Deprivation of Rights Under Color of Law: Acted under the color of state authority to willfully deprive Plaintiff of protected rights, including the right to bodily liberty, property security, due process, and a fair trial, without legal justification or jurisdiction.

c. **5 U.S.C. § 3331** – Violation of Oath of Office.

d. **18 U.S.C. § 1519** – Destruction, Alteration, or Falsification of Records or Tangible Objects: Personally, unlawfully, aggressively, and improperly ripped off

29

Plaintiff's personal DOT exempt sign off the back of her private automobile as though he had authority to do so instead of properly removing the screws. This shows that they had no intention of returning it to the Plaintiff.

e. **18 U.S.C. § 4** – Misprision of Felony: Knew of a felony being committed against Plaintiff and failed to report it to authorities, thereby aiding and abetting criminal activity.

11. <u>Deputy Phillip Sellers</u>

• Relief Sought: (Preferred) Permanent relief of duty and $1,000,000 (million) OR imprisonment, and $200,000 (thousand) restitution.

• Allegations:

A. Knowingly aided in rights violations and refused lawful intervention. Ignorance is no excuse for violating the law.

B. Violation of Oath of Office.

**LAWS VIOLATED BY SELLERS:**

a. **18 U.S.C. § 241** – Conspiracy Against Rights: Knowingly conspired with one or more persons to deprive Plaintiff of rights secured by the Constitution, including freedom from unlawful detention, fair judicial process, and free exercise of religion. This includes both direct participation and passive cooperation in the conspiracy.

b. **18 U.S.C. § 242** – Deprivation of Rights Under Color of Law: Acted under the color of state authority to willfully deprive Plaintiff of protected rights, including the right to bodily liberty, property security, and due process —without legal justification or jurisdiction.

c. **5 U.S.C. § 3331** – Violation of Oath of Office.

d. **18 U.S.C. § 1519** – Destruction, Alteration, or Falsification of Records or Tangible Objects: Aiding in damaging the car window and glovebox.

e. **18 U.S.C. § 4** – Misprision of Felony: Knew of a felony being committed against Plaintiff and failed to report it to authorities, thereby aiding and abetting criminal activity.

12. <u>Deputy Samuel A. Murphy</u>

• Relief Sought: (Preferred) Permanent relief of duty and $1,000,000 (million) OR permanent relief of duty, imprisonment, and $200,000 (thousand) restitution.

• Allegations:

A. Illegally arrested (kidnapped) Plaintiff, busted car window, stole personal property, and purposely failed to secure Plaintiff's phone.

B. Unlawful search of Automobile.

C. Violation of Oath of Office.

**LAWS VIOLATED BY MURPHY:**

31

a. **18 U.S.C. § 241** – Conspiracy Against Rights: Knowingly conspired with others to violate Plaintiff's constitutionally protected rights, including liberty, property, and due process, by engaging in coordinated unlawful actions such as an illegal arrest, detention, or seizure of property.

b. **18 U.S.C. § 242** – Deprivation of Rights Under Color of Law: Acted under color of state law to willfully deprive Plaintiff of rights secured by the Constitution, including the Fourth Amendment right to be free from unlawful search and seizure, and the Fourteenth Amendment right to due process and right to travel.

c. **5 U.S.C. § 3331** – Violation of Oath of Office.

d. **18 U.S.C. § 641** – Theft or Conversion of Property: Illegally took, stole, or converted Plaintiff's personal property, including, but not limited to, digital devices or personal effects, without a warrant, consent, or lawful authority, for either personal use or state gain.

e. **18 U.S.C. § 1519** – Destruction, Alteration, or Falsification of Records or Tangible Objects: Personally and unlawfully busted Plaintiff's window to arrest her based on orders of the sheriff, aided in damaging the glovebox, and aided in the theft and alteration of her phone.

13. <u>Kellie Hendricks Rhoades</u>

32

• Relief Sought: Permanent relief of duty and $1,000,000,000 (billion) OR (Preferred) permanent relief of duty, imprisonment, and $500,000 (thousand) restitution.

• Allegations:

A. Defendant Kellie Hendricks Rhoades willfully refused to fulfill two lawful public records requests submitted by Plaintiff, despite being warned that noncompliance would result in litigation. She offered no lawful justification, exemption, or explanation.

B. These refusals violated both Florida law and the U.S. Constitution, specifically Plaintiff's First and Fourteenth Amendment rights by obstructing access to records needed to defend against fraudulent charges and expose government misconduct.

C. By denying access, Rhoades violated Plaintiff's rights to petition the government, due process, equal protection, and access to information under the First, Fifth, Ninth, and Fourteenth Amendments.

D. Her actions reflect a pattern of official misconduct, retaliation, and conspiracy under color of law, contributing directly to Plaintiff's ongoing harm.

E. Violation of Oath of Office.

**LAWS VIOLATED BY RHOADES:**

a. **First Amendment, U.S. Constitution** – Right to petition the government and access information; freedom from retaliation.

33

b. **Fifth Amendment, U.S. Constitution** – Right to due process of law.

c. **Ninth Amendment, U.S. Constitution** – Protection of unenumerated fundamental rights, including access to information.

d. **Fourteenth Amendment, U.S. Constitution** – Right to due process and equal protection.

e. **18 U.S.C. § 241** – Conspiracy against rights.

f. **18 U.S.C. § 242** – Deprivation of rights under color of law.

g. **5 U.S.C. § 3331** – Violation of Oath of Office.

14. <u>Linda L. James #W032509</u>

• Relief Sought: Revocation of bond, fired, and $1,000,000,000 (billion) OR (Preferred) permanent relief of duty, imprisonment, and $500,000 (thousand) restitution.

• Allegations:

a. Being key witness to the sheriff's statement, and refuses to testify;

b. falsely claimed event was over two years ago, when it was barely over 6 months ago;

c. threatened to revoke bond after immediately subpoena notice,

d. Called twice and cursed at Plaintiff by phone after Plaintiff gave notice of subpoena,

e. no bond violation occurred,

f. acted in retaliation, obstructed justice, conspired with state actors, and intimidated a witness;

g. violated **42 U.S.C. §§ 1983 and 1985,**

h. violated First and Fourteenth Amendments.

**LAWS VIOLATED BY JAMES:**

A. **18 U.S.C. § 241** – Conspiracy against rights.

B. **18 U.S.C. § 242** – Deprivation of rights under color of law.

C. **18 U.S.C. § 1512(b)** (federal): It's a federal crime to "intimidate, threaten, or corruptly persuade another person" with intent to influence their testimony.

[Florida Statutes § 914.22: Also criminalizes tampering with a witness.]

D. **42 U.S.C. § 1983 & § 1985(3)**: Civil Rights Conspiracy

If she is working in coordination with the sheriff or judge, even indirectly, to obstruct or undermine your case, she may be part of a conspiracy to interfere with your civil rights.

Under **§ 1985(3)**, private actors can be sued if they conspire with state actors to deprive someone of constitutional rights (e.g., due process, right to fair trial, right to call witnesses).

**VI. WITNESS DECLARATION**

35

1. Plaintiff identifies Linda L. James, license number # W032509, of AAA Help Bailbonds located at, 11 W. Macclenny Ave. Macclenny, FL 32063, a firsthand witness to the fabricated statement made by Sheriff Brad Whitehead to the first appearance judge (Judge Wright) and to the Defendant, Linda James, that the Plaintiff said to the sheriff, "I'm leaving the state after bonding out". This individual is the Plaintiff's bail bondsman and has direct knowledge of this unconstitutional and malicious action against Plaintiff.

2. Plaintiff is absolutely certain that Defendant, Linda James, is not willing to testify on behalf of the Plaintiff for the reason of preserving her business relationship with Union County Sheriff's Department. This was the moment she created several criminal charges by doing so, including: obstruction of justice and depriving Plaintiff of multiple Sixth Amendment rights secured by the U.S. Constitution. A Subpoenia is no longer necessary since she is now a Defendant.

## VII. GOVERNMENTAL POLICY RELIEF DEMANDS

### 1. UNION COUNTY SHERIFF'S DEPARTMENT:

36

1. Mandate body-worn cameras for all deputies and command staff, especially the sheriff, immediately and indefinitely.

2. Mandatory monthly drug testing for all employees of Union County with results posted publicly on the Union County website, indefinitely.

3. Mandatory annual retraining in constitutional law and de-escalation techniques, with no expiration or exemption. (It is a gross contradiction to claim to uphold constitutional rights while actively violating them—this hypocrisy is not justice; it is tyranny in uniform.)

4. Internal Affairs oversight restructured for independent civilian review.

## 2. UNION COUNTY GOVERNMENT:

1. Immediate repeal of all "Zero Tolerance" policies in Union County. If the Sheriff and his department will not hold themselves to the same rigid and extreme standards they impose on the public, then such policies lack both moral and lawful authority. Union County faces a severe drug crisis, yet incarcerating individuals for the same conduct allegedly committed by its own law enforcement leadership is

not only hypocritical, it is ineffective. This approach does nothing to rehabilitate those struggling with addiction and only deepens the cycle of harm.

2. Encourage or enforce investigative authorities to:

   a. Reopen and investigate Sheriff Brad Whitehead's past cocaine investigations that were likely paid off to "make disappear" due to his highly protected name;

   b. Investigate Fully into the reasonable suspicion of the people that Union County is intentionally funding itself by suppressing the people and moving them through the many local prison systems like cattle.

2. Enforce equal standards on government actors as applied to civilians. No one is above the law and all men are created equal.

3. Demand for Civilian Oversight. Plaintiff demands the immediate implementation of independent Civilian Oversight mechanisms over the Union County Sheriff's Department, including the right of the public to investigate complaints, review misconduct, and hold officials accountable without interference from internal affairs or biased state agencies, indefinitely. This is extremely necessary to restore public trust, prevent future rights violations, and ensure that

38

government actors are not shielded from the same scrutiny imposed on civilians.

## VIII. EVIDENCE BEING WITHHELD BY SHERIFF

Plaintiff asserts that critical exculpatory evidence—namely, video recordings, photos, screenshots, and communications relevant to the events leading up to January 31, 2025 are being unlawfully withheld. They claim "it was lost in the process".

While Plaintiff retains other video evidence, the most crucial and dispositive evidence is contained on Plaintiff's personal cellphone, which was unlawfully seized by Sheriff Brad Whitehead during the arrest and has never been returned.

Sheriff Whitehead deliberately confiscated the phone without a warrant, consent, or legal justification, and then hijacked Plaintiff's iCloud account in order to suppress and block access to digital records, files, and recordings that expose his criminal misconduct. This includes but is not limited to:

a. A live video recording of the unlawful traffic stop made by Plaintiff, which directly captures the events in question,

b. Screenshots, text messages, call logs, and video recordings evidencing the sheriff's misconduct.

c. A video testimony from a Union County citizen that stated "oh no, she doesn't want to mess with them, they'll make her go missing…".

By unlawfully seizing and then accessing this evidence—outside the bounds of lawful jurisdiction—Sheriff Whitehead directly violated Plaintiff's constitutional rights under the Fourth, Fifth, and Fourteenth Amendments. The theft and suppression of this evidence further constitute obstruction of justice, tampering with evidence, and a conspiracy to deprive Plaintiff of fair process and a meaningful opportunity to defend herself.

This material is vital not only to Plaintiff's civil rights claims but also to proving that the arrest and charges were manufactured, retaliatory, and devoid of lawful basis.

40

Plaintiff respectfully demands that:

1. All data, media, and digital records stored on the unlawfully seized phone be preserved and produced immediately;

2. A full forensic audit be conducted to determine the extent of tampering or deletion;

3. Any copies or derivative use of said data be suppressed from further use by Defendants;

4. The original phone be returned to Plaintiff without delay;

5. The Court issue an Order to Show Cause compelling Sheriff Whitehead and the Union County Sheriff's Office to explain their continued possession and concealment of this evidence.

## IX. LAWFUL BASIS

1. **42 U.S.C. § 1983** – Civil action for deprivation of rights under color of law

2. **18 U.S.C. §§ 241, 242, 1503, 1505, 1512, 1519, 4** – Federal civil rights crimes

3. **First, Fourth, Fifth, Sixth, Eighth, Ninth, and Fourteenth Amendments** – Religious freedom, restricted liberty, unlawful arrest/search, due process, fair trial, excessive bail and punishment, theft and destruction of private property, intentional suppression of exculpatory evidence, and equal protection violations.

## X. GODS LAW/DIVINE LAW

Right to Liberty and to Move Freely:

1. **Galatians 5:1 (KJV)**

   *"Stand fast therefore in the liberty wherewith Christ hath made us free, and be not entangled again with the yoke of bondage."*

2. **2 Corinthians 3:17 (KJV)**

   *"Now the Lord is that Spirit: and where the Spirit of the Lord is, there is liberty."*

3. **Proverbs 16:9 (KJV)**

   *"A man's heart deviseth his way: but the Lord directeth his steps."*

4. **Acts 17:26 (KJV)**

   *"And hath made of one blood all nations of men for to dwell on all the face of the earth, and hath determined the times before appointed, and the bounds of their habitation."*

   *Acts 5:29 (KJV)*

42

*"Then Peter and the other apostles answered and said, We ought to obey God rather than men."*

Obedience to God, not man:

5. ***Isaiah 33:22 (KJV)***

   *"For the Lord is our judge, the Lord is our lawgiver, the Lord is our king; he will save us."*

6. ***Matthew 6:24 (KJV)***

   *"No man can serve two masters…"*

7. ***Jeremiah 17:5 (KJV)***

   *"Cursed be the man that trusteth in man, and maketh flesh his arm…"*

8. ***Romans 14:12 (KJV)***

   *"So then every one of us shall give account of himself to God."*

Right to Self-Representation and Conscience:

9. ***Romans 14:12 (KJV)***

   *"So then every one of us shall give account of himself to God."*

10. ***1 Corinthians 6:12 (KJV)***

    *"…I will not be brought under the power of any."*

11. *Proverbs 31:8-9 (KJV)*

   *"Open thy mouth for the dumb in the cause of all such as are appointed to destruction."*

12. *Luke 21:14-15 (KJV)*

   *"Settle it therefore in your hearts, not to meditate before what ye shall answer: For I will give you a mouth and wisdom..."*

Refusal of Forced Contracts and Worldly Systems:

13. *2 Corinthians 6:17 (KJV)*

   *"Wherefore come out from among them, and be ye separate, saith the Lord..."*

14. *James 4:4 (KJV)*

   *"...whosoever therefore will be a friend of the world is the enemy of God."*

15. *Colossians 2:8 (KJV)*

   *"Beware lest any man spoil you through philosophy and vain deceit... and not after Christ."*

16. *Romans 13:10 (KJV)*

   *"Love worketh no ill to his neighbour: therefore love is the fulfilling of the law."*

17. *1 Corinthians 7:23 (KJV)*

"*Ye are bought with a price; be not ye the servants of men.*"

18. *Psalm 118:8-9 (KJV)*

"*It is better to trust in the Lord than to put confidence in man... or princes.*"

Protection Against Oppression and Unlawful Rule:

19. *Ecclesiastes 5:8 (KJV)*

"*If thou seest the oppression of the poor... marvel not... for he that is higher than the highest regardeth...*"

20. *Isaiah 10:1-2 (KJV)*

"*Woe unto them that decree unrighteous decrees... to turn aside the needy from judgment...*"

21. *Proverbs 29:2 (KJV)*

"*When the righteous are in authority, the people rejoice: but when the wicked beareth rule, the people mourn.*"

22. *Psalm 94:20-21 (KJV)*

"*Shall the throne of iniquity have fellowship with thee, which frameth mischief by a law?*"

God-Given Rights and Sovereignty:

23. **Genesis 1:26 (KJV)**

*"Let us make man in our image… and let them have dominion…"*

24. **Deuteronomy 30:19 (KJV)**

*"…I have set before you life and death, blessing and cursing: therefore choose life…"*

25. **Galatians 3:28 (KJV)**

*"There is neither Jew nor Greek… bond nor free… for ye are all one in Christ Jesus."*

## XI. DAMAGES EXPECTED

1. Compensatory and punitive damages against each Defendant, per claim.

2. Injunctive and declaratory relief, including personnel removal and policy change.

3. Suppression and Expungement of Unlawfully Obtained Identity and Biometric Data: Plaintiff demands immediate suppression of all personal, identifying, digital and biometric data unlawfully obtained during her arrest and detention on March 18, 2025, including but not limited to: fingerprints, retina scan, facial recognition data, DNA, x-rays, booking photographs, and all digital records tied to her private

identity. This data was taken without probable cause, without warrant, without lawful jurisdiction, and absent a valid conviction, in direct violation of:

    a. **Fourth Amendment** – unlawful search and seizure;

    b. **Fifth Amendment** – compelled self-incrimination;

    c. **Fourteenth Amendment** – denial of due process and bodily privacy;

    d. **42 U.S.C. § 2000bb** – Religious Freedom Restoration Act.

Accordingly, Plaintiff respectfully demands:

    a. A court order suppressing all biometric and identity data from all current and future proceedings;

    b. Immediate expungement and erasure of all such records from all government databases, including local, state, and federal systems;

    c. A written and notarized certificate of destruction from each agency confirming removal of such records;

    d. Injunctive relief prohibiting any future use, access, or dissemination of this unlawfully obtained data.

This remedy is essential to restore Plaintiff's dignity, privacy, perfect criminal record, and full constitutional protections as a private woman under God's law, not a commercial subject of the State.

4. Court costs, fees, and any further relief this Court deems just.

These acts constitute a coordinated conspiracy to silence, punish, and control a free woman of this great land in violation of all foundational lawful norms. This lawsuit is a line drawn in the sand. The damages sought are intentionally immense—not for personal gain, but because the People's right to accountability and true justice has been stripped away by those in power. In the absence of consequences, government officials have grown bold in their lawlessness; violent and even deadly actions toward the people, unafraid to violate constitutional rights, and immune from prosecution. This lawsuit aims to change that. It is intended to set a national precedent, to put fear back where it belongs: in the hearts of corrupt officials who would dare to abuse their position. From this point forward, let them think twice before violating anyone else's rights as our forefathers intended.

## XII. EXHIBITS, NEW DEFENDANTS, NEW EVIDENCE, TO BE ADDED AT LATER DATE IN SEPARATE FILING AS THEY DEVELOP

Plaintiff will submit all available Exhibits, possible new evidence, new Defendants, and new charges in future filings, as she is still gathering them and as new incidents arise. Some exhibits mentioned are in the possession of Sheriff Brad Whitehead, as he is still in possession of Plaintiff's phone that contains multiple forms of evidence against him. Exhibits include, but not limited to:

1.Audio evidence of Plaintiff's verbal notice, in August of 2023, of intent to exercise her right to travel in Union County, in which the sheriff and 2 other higher-ups gang-bullied Plaintiff, Sheriff stating "it has nothing to do with us" during a 10 minute conversation about the U.S. Constitution in which he swore an oath to, accusing her of "copying and pasting 'snippets of statutes' to create a right that doesn't exist", and rudely and aggressively escorted her out of the building.

2. Video recording of traffic stop from January 31, 2025, which is on her iPhone and iCloud account that was stolen and hijacked by the sheriff and never returned.

3. Video Recording of a Union County resident (unknown name, as Plaintiff didn't talk to him) caught on her surveillance camera while with another individual Plaintiff does know, that formally resided in Union County, made a statement saying, " Oh no, she doesn't want to mess with them, they'll make her go

49

missing…". This is the only footage Plaintiff had and was not backed up on other devices.

4. Screenshots of Plaintiff's Public Records Requests to the Public Records Coordinator of Union County, Kellie Hendricks Rhoades, and her response, stating, "We don't have those records in the Clerk's office, you will need to contact the sheriff's office.". She is the Public Records Coordinator, her job is to gather public records when requested by the public for the entire county, not just her Clerk's office, thus violating my right to access public records.

5. Evidence that the fabricated statement made by the Sheriff (Whitehead) to the Plaintiff's first appearance judge (Wright), does not exist in any report made by any officer as I have a copy of each written report that was obtained in her discovery request. Plaintiff also has a witness (Defendant, Linda James) that directly heard the sheriff say this.

6. Text message screenshots of the entire conversation between the Plaintiff and her bail bondsmen, Linda James, showing her refusal to testify, her concern of straining their relationship if she testifies against them, and her retaliatory threats and unlawful directives outside the existing contract. She verbally threatened to revoke my bond if she is issued a subpoena, in which Plaintiff is willing to sign an affirmed affidavit/declaration under penalty of perjury stating this truth.

7. Plaintiff's stolen and hijacked iPhone and iCloud account still remains in the custody of Sheriff Brad Whitehead, proving that my claims of theft and hijacking are correct. A simple investigation into phone records will ultimately prove this to be true, however FBI, DOJ, and FDLE complaints were ignored immediately after the sheriffs name was mentioned.

8. Screenshots from April 2024, of the 9 harassing phone calls made by Lieutenant Billy Miller (7) and Sheriff Brad Whitehead (2), the day after Plaintiff exposed the sheriff at the monthly county commission meeting for violating his oath of office, which, in the State of Florida, even 1 unwanted phone call is felony phone harassment. These screenshots are on Plaintiff's stolen iPhone and in the possession of the sheriff.

## XIII. JURY TRIAL DEMAND

Plaintiff demands a jury trial.

Respectfully presented,

_____ *(sign if printed)*

/s/ Casey Faith Williams/All Rights Reserved

530 SW 1st St

51

Lake Butler, FL 32054

Tat2L80.fw@gmail.com

Jesus.junkie4life@yahoo.com