IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

Declaration of Religious Beliefs

In Support of Civil Rights Complaint and Emergency TRO

Case Title:

Faith Williams, Plaintiff

v.

Sheriff Brad Whitehead, et al., Defendants

3:25-CV-904-MMH-MCR

Case No.: _____ (To be assigned)

I, Faith Williams, a living woman and follower of Jesus Christ, do hereby solemnly affirm as follows:

## I. DECLARATION OF FAITH AND RELIGIOUS PRACTICE

1. I am a believer in the Holy Bible and the teachings of Jesus Christ, whom I acknowledge as my Lord and Savior. My beliefs are not part of any commercial or institutional church but are deeply personal, expressive, and fundamental to my way of life.

2. I believe that my relationship with God is to remain separate from secular and governmental systems, particularly those that impose upon my conscience, my convictions, or my command from God to live in truth, purity, and obedience to His Word.

3. I converted into my beliefs in September of 2020 directly from a 20 year span of Atheism. I currently possess a NC Driver's License that is only suspended because I allowed my Insurance to lapse and haven't returned the License Plate to the DMV until recently, once I located it. As soon as the suspension is lifted, I plan to surrender my Driver's license. In the meantime and just in case I change my mind (and with God's permission), while waiting for the suspension to be lifted, there are no laws saying that I cannot Travel in my private conveyance in my private time and possess a Driver's License only for employment purposes that may be obtained in the near future. I am currently unemployed as it is inconvenient in aiding my parents in their disabled and elderly years, but I do not plan on doing

this the rest of my life, and will one day need employment, so if I should decide to keep my Driver's License, it will only be for that purpose, and with God's granted permission. I believe God allows us to do the things we need in the seasons we are in.  1 Corinthians 6:12 - "All things are lawful unto me, but all things are not expedient…".

`

## II. BIBLICAL FOUNDATION FOR RELIGIOUS SEPARATION

1. 2 Corinthians 6:17 (KJV) – "Wherefore come out from among them, and be ye separate, saith the Lord, and touch not the unclean thing; and I will receive you."
2. Romans 12:2 (KJV) – "And be not conformed to this world: but be ye transformed by the renewing of your mind, that ye may prove what is that good, and acceptable, and perfect, will of God."
3. James 4:4 (KJV) – "…know ye not that the friendship of the world is enmity with God? whosoever therefore will be a friend of the world is the enemy of God."
4. Acts 5:29 (KJV) – "Then Peter and the other apostles answered and said, We ought to obey God rather than men."
5. Matthew 6:24 (KJV) – "No man can serve two masters… Ye cannot serve God and mammon."

6. John 15:19 (KJV) – "If ye were of the world, the world would love his own: but because ye are not of the world… therefore the world hateth you."

7. Philippians 3:20 (KJV) – "For our conversation is in heaven; from whence also we look for the Saviour…"

## III. RELIGIOUS REJECTION OF CONTRACTUAL CONSENT

1. Based on my sincere beliefs, I reject unlawful government contracts, including those that presume jurisdiction or authority over my body, property, or faith, especially when not entered into knowingly, voluntarily, and with full disclosure.

2. Matthew 5:37 (KJV) – "But let your communication be, Yea, yea; Nay, nay: for whatsoever is more than these cometh of evil."

3. Hosea 4:6 (KJV) – "My people are destroyed for lack of knowledge…"

4. I do not consent to any contract that compels me to operate in commerce when I am not doing so, nor do I accept being classified as a commercial "driver" or "operator" when I am simply traveling freely as commanded by my conscience and protected by God.

5. Proverbs 3:5–6 (KJV) – "Trust in the Lord with all thine heart; and lean not unto thine own understanding. In all thy ways acknowledge him, and he shall direct thy paths."

## IV. EXPRESSIVE RELIGIOUS CONDUCT

1. My automobile is an extension of my expressive religious lifestyle and is clearly marked with scripture, constitutional references, and declarations of faith, including vinyl decals and signs on the entire exterior perimeter of my automobile stating:

• "Honor Your Oath"

• "Not in Commerce"

• "Private Property"

• "UCC 1-308 "

• "No Trespassing" (on all 4 doors, trunk, and hood)

• "Without Prejudice"

• Along with many laws, case laws, famous constitutional quotes, Bible verses, and other things that clearly display to all that are in a 30' radius of my automobile can

see and read that I am not driving in commerce, I am CLEARLY traveling in a private, expressive capacity.

2. These signs are not political; they are part of my daily religious expression, protected by the First, Fifth, and Fourteenth Amendments.

3. Romans 13:10 (KJV) – "Love worketh no ill to his neighbour: therefore love is the fulfilling of the law."

4. Isaiah 54:17 (KJV) – "No weapon that is formed against thee shall prosper; and every tongue that shall rise against thee in judgment thou shalt condemn…"

V. PAST AND CONTINUING VIOLATIONS

1. I have been harassed, detained, and arrested by agents of the State for living in accordance with these convictions, not for any crime, but for my unwillingness to surrender these beliefs based on factual, well-grounded law that the government officials of Union County do not follow. I even have a recording of the sheriff saying that "that has nothing to do with us" towards the end of a 10 minute conversation about the US Constitution.

2. My conscience does not allow me to comply with rules or mandates that violate my biblical duties to speak truth, walk in separation, or rely solely on the authority of God.

3. The forced revocation of my right access the courts, to represent myself in court, to a fair trial, to travel freely, my unlawful traffic stop and arrest, search and seizure of myself and private property, the theft of my phone, the hijacking of my iCloud, and the fabrication of statements against me are all direct attacks on my religious identity, liberty, and purpose.

## VI. DEMAND FOR PROTECTION

1. I demand this Court to recognize my religious standing and my expressive conduct as protected by law. Administrative law does not apply to me or this case.

2. Psalm 118:6 – "The Lord is on my side; I will not fear: what can man do unto me?"

3. Galatians 5:1 – "Stand fast therefore in the liberty wherewith Christ hath made us free, and be not entangled again with the yoke of bondage."

4. Let no man, court, or agency override the laws of God in order to enslave my conscience or silence my faith. We will ALL face judgement, and sooner than you are aware.

5. I do not acknowledge the word "legal", as it stands in contradiction to God's divine law. "Legal" refers to man-made codes and policies, while true "Law" originates from God's will. What is considered "legal" often serves not freedom, but oppression. God cannot receive souls who are forced into compliance with man-made systems that restrict and oppress His people. Therefore, what is "legal" is the opposite of lawful in God's eyes, and I will never consent to being subjected to any forced legal standards.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that this declaration is made as an expression of sincere religious belief.

Executed on this 7th day of August , 2025.

Signature:

Faith Williams

Sui Juris Pro Per Petitioner

530 SW 1st St.

Lake Butler, FL 32054

352-538-8581

Tat2L80.fw@gmail.com

Jesus.junkie4life@yahoo.com