IN THE UNITED STATES DISTRICT COURT

FOR THE MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION


**Affidavit of Service**


Case Title:

Faith Williams, Plaintiff

v.

Sheriff Brad Whitehead, et al., Defendants

3:25-CV-904-MMH-MCR

Case No.:_____ (To be assigned)


I, Casey Faith Williams, declare under penalty of perjury:

1. I am over the age of 18 and not a party to this action.

2. On the 11th day of August, 2025, I served the following documents:

• Civil Rights Complaint under 42 U.S.C. § 1983

• Emergency Motion for Temporary Restraining Order and Preliminary Injunction

• Affidavit of Service, Affidavit of Indigency, Declaration of Truth and Facts, and Declaration of Beliefs

3. I served the above documents by [select one]:

• ✓ Certified U.S. Mail, return receipt requested

• ☐ Hand delivery

• ☐ Other: _____

4. The documents were served on the following recipient:

SHERIFF BRAD WHITEHEAD

UNION COUNTY

JUDGE MITCHELL BISHOP

JUDGE GEORGE WRIGHT

STATE ATTORNEY BRUCE HELLING

LIEUTENANT WILLIAM H. MILLER JR.

SERGEANT JAMES JANKOWSKI

CAPTAIN LYN WILLIAMS

CAPTAIN TOMLINSON (BAILIFF)

PHILLIP SELLERS

DAVID C. GLADDING

SAMUEL A. MURPHY

KELLIE HENDRICKS RHOADES

LINDA L. JAMES (individual capacity only)

(all in official and individual capacities, with above exception)

5. Proof of delivery, such as a return receipt or tracking confirmation, will be submitted upon receipt, if required.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 11th day of August, 2025.

Signature of Server: _____

Printed Name: __Faith Williams__

Jurat (Notary Section)

STATE OF FLORIDA

COUNTY OF UNION

Affirmed and subscribed before me this 7th day of August _____, 2025, by Casey

Faith Williams, who is personally known to me or has produced

_____ as identification.

Notary Public Signature: _Gwyn McDaniel_

Printed Name: _Gwyn McDaniel_

Notary Public, State of _Florida_

My commission expires: _Sept 8, 2025_

GWYN MCDANIEL
MY COMMISSION # HH 173522
EXPIRES: September 8, 2025
Bonded Thru Notary Public Underwriters