# IN THE UNITED STATES DISTRICT COURT

# FOR THE MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

**Case No. 3:25-cv-00904-MMH-MCR**

**CASEY FAITH WILLIAMS,   Plaintiff,**

v.

**SHERIFF BRAD WHITEHEAD; et al.,**

each in individual and/or official capacity,

Defendants.

_____

# AMENDED COMPLAINT FOR VIOLATION OF CIVIL RIGHTS

3

*(42 U.S.C. § 1983 and Related Federal Statutes)*

## I. JURISDICTION AND VENUE

1. This action arises under the Constitution and laws of the United States, including 42 U.S.C. §§ 1983 and 1985(3). Jurisdiction is proper under 28 U.S.C. §§ 1331 and 1343(a)(3).

2. Venue is proper under 28 U.S.C. § 1391(b) because all defendants reside, and all events occurred, in Union County, Florida, within this District.

## II. INTRODUCTION

3. Plaintiff, a private American and child of God, brings this action to obtain redress for a continuing pattern of unlawful acts by state and county officials acting under color of law.

4. Defendants coordinated to suppress Plaintiff's constitutional rights—unlawful seizure, retaliation for protected speech, denial of due process, suppression of religious liberty, and deliberate indifference to serious medical needs.

5. Plaintiff seeks not only compensatory and punitive damages but, foremost,

4

**criminal accountability** and restoration of lawful government consistent with the Constitution and God's Law.

## III. PARTIES

6. **Casey Faith Williams**, Plaintiff, dwells in Union County, Florida.

7. **Brad Whitehead**, Sheriff of Union County, sued in individual and official capacities.

8. **Mitchell Bishop**, County Judge, sued for injunctive and declaratory relief in official capacity and for damages in individual capacity.

9. **George Wright**, County Judge, same capacities.

10. **Bruce Helling**, State Attorney for the Eighth Judicial Circuit.

11. **William H. Miller Jr.**, Lieutenant, Union County Sheriff's Office.

12. **James Jankowski**, Sergeant, same agency.

13. **Lyn Williams**, Captain.

14. **Captain Tomlinson**, Bailiff.

15. **Phillip Sellers**, Deputy.

16. **David C. Gladding**, Deputy.

17. **Samuel A. Murphy**, Deputy.

18. **Kellie Hendricks Rhoades**, Clerk and Records Custodian of Union County.

5

19. **Linda L. James,** bail bond agent #W032509, AAA Help Bail Bonds, Macclenny, FL.

20. **Union County, Florida,** is liable for its policies and failures to train and supervise employees.

## IV. FACTUAL BACKGROUND

21. In August 2023, Plaintiff personally notified Sheriff Whitehead of her intent to exercise her constitutional right to travel without commercial restrictions. He responded with threats of arrest if seen driving without a license.

22. In April 2024, after Plaintiff publicly condemned the Sheriff's misconduct at a county meeting, Whitehead and Lt. Miller initiated a pattern of harassing calls (9 total calls in one day) and heavy surveillance (slowly driving by the house countless times). The Sheriff also deployed a drone to fly very low, directly over her residence within 30 minutes of her speech to the County Commission.

23. On January 31, 2025, Deputy Murphy stopped Plaintiff without probable cause under orders from Whitehead, broke her window, forcibly removed her, arrested her, and took her cellphone.

24. Deputies Gladding, Murphy, and Sellers searched her automobile without warrant, damaged property, and seized her private plate (not issued by the DMV).

25. Sheriff Whitehead retained the cellphone, accessed Plaintiff's iCloud

6

account, and changed the account information to conceal digital evidence of his own misconduct. The cell phone and iCloud account were never returned to her.

26.    Whitehead then lied to Judge Wright, stating Plaintiff said she would "leave the state after bonding out," causing the court to raise bond to $10,000 and delay release.

27.    After release, Plaintiff's motions and affidavits challenging jurisdiction were ignored by Judges Wright and Bishop.

28.    At a pre-trial hearing, Judge Bishop silenced Plaintiff, mocked her constitutional citations, and appointed counsel against her will in violation of Faretta v. California, 422 U.S. 806 (1975).

29.    Bishop later threatened harsher punishment if she continued to assert her rights.

30.    State Attorney Helling proceeded with charges lacking jurisdiction and probable cause.

31.    Clerk Rhoades refused two lawful public-records requests that would have exposed misconduct.

32.    Bail bond agent Linda James threatened Plaintiff with bond revocation for issuing a subpoena and refused to testify about the Sheriff's false statement, as she is the direct witness.

33.    All Defendants acted in concert to retaliate against Plaintiff for

7

whistleblowing and religious speech.

34.    The retaliation and stress have aggravated Plaintiff's documented Non-Hodgkin Lymphoma; incarceration under such conditions poses a grave risk to her life.

# V. CAUSES OF ACTION (COUNTS)

## Count I – Unlawful Seizure and Arrest (4th Amendment)

Against Whitehead, Murphy, Gladding, Sellers, Jankowski, Miller, and Union County.

35.    Plaintiff re-alleges ¶¶ 21–25.

36.    Defendants stopped and arrested Plaintiff without probable cause and searched her property without warrant or consent.

37.    These acts violated the Fourth Amendment and 42 U.S.C. § 1983.

## Count II – Retaliation for Protected Speech (1st Amendment)

Against Whitehead, Miller, Helling, and Union County.

38.    Plaintiff re-alleges ¶¶ 22–33.

39.    After Plaintiff publicly criticized the Sheriff, Defendants retaliated through harassment, false charges, and jail threats, chilling her speech.

8

**Count III – Denial of Due Process and Fair Trial (14th Amendment)**

Against Judges Wright and Bishop (official capacities for injunctive relief), State Attorney Helling, Lieutenant Miller, Sergeant Jankowski, Captain Williams, Captain Tomlinson, Deputy Sellers, Deputy Gladding, Deputy Murphy, and Union County.

40. Defendants ignored motions, blocked self-representation, and used false information to prolong detention, violating due process and equal protection.

**Count IV – Deliberate Indifference to Serious Medical Needs (8th & 14th Amendments)**

Against Judge Bishop.

41. Bishop knew of Plaintiff's Non-Hodgkin Lymphoma and life-threatening vulnerability yet threatened incarceration under unsanitary conditions, showing deliberate indifference.

**Count V – Religious Freedom Violation (1st Amendment & 42 U.S.C. § 2000bb)**

Against All Defendants.

42. Plaintiff's belief system requires obedience to God's law above man's law (Acts 5:29 KJV). Defendants' actions burdened her free exercise by punishing her

9

for living by faith and refusing unlawful commands.

43.    Scriptural authority: Galatians 5:1; 2 Corinthians 3:17; Isaiah 33:22; Romans 13:10.

**Count VI – Due Process and Equal Protection Violation (14th Amendment)**

Against Lieutenant Miller, Sergeant Jankowski, Captain Williams, Captain Tomlinson, Deputy Sellers, Deputy Gladding, and Deputy Murphy.

44.    Defendants willfully neglected their duty to intervene and prevent the ongoing violations of Plaintiff's constitutional rights, despite possessing both the authority and opportunity to do so, thereby facilitating and perpetuating the deprivation of Plaintiff's liberty, property, and equal protection guaranteed by the Fourteenth Amendment to the United States Constitution.

# VI. REQUEST FOR CRIMINAL REFERRAL AND ACCOUNTABILITY

45.    Pursuant to the Court's inherent authority and 18 U.S.C. §§ 241, 242, 1503, 1505, 1512, and 1519, Plaintiff asks that this Complaint be forwarded to the U.S. Department of Justice for investigation and prosecution of criminal civil-rights violations described herein.

## VII. DAMAGES AND RELIEF REQUESTED

46. Compensatory and punitive damages against each Defendant in amounts to be determined by a jury.

47. Declaratory and injunctive relief ordering policy reforms within Union County and disciplinary action against officials who violated their oaths.

48. Suppression and destruction of all biometric and digital data unlawfully obtained.

48. Costs, fees, and any further lawful relief the Court deems just.

## VIII. JURY TRIAL DEMAND

49. Plaintiff demands trial by jury on all issues so triable.

## IX. NOTICE OF FUTURE SUPPLEMENTAL AMENDMENT

50. Plaintiff hereby gives formal notice to the Court and all Defendants that a supplemental amendment will be filed in the coming weeks pursuant to Federal Rule of Civil Procedure 15(d), to include new constitutional violations and

11

retaliatory actions occurring after the filing of this Amended Complaint. These additional events involve further unlawful retaliation, wrongful arrest, and suppression of free expression connected to ongoing judicial misconduct. This notice preserves Plaintiff's right to amend and expand the claims once documentation is complete.

## X. VERIFICATION UNDER PENALTY OF PERJURY

I, **Casey Faith Williams**, declare under penalty of perjury that the foregoing facts and statements in this **Amended Complaint for Violation of Civil Rights (42 U.S.C. § 1983)** are true and correct to the best of my knowledge, information, and belief.

Executed on this 10th day of October, 2025, in Union County, Florida.

**/s/ Casey Faith Williams / All Rights Reserved**

530 SW 1st Street

Lake Butler, Florida 32054

Email: Tat2L80.fw@gmail.com

Phone: (352) 538-8581

## XI. SIGNATURE

Respectfully submitted,

**/s/ Casey Faith Williams / All Rights Reserved**

530 SW 1st Street

Lake Butler, Florida 32054

Email: Tat2L80.fw@gmail.com

Phone: (352) 538-8581

Date: October 10, 2025

## XII. CERTIFICATE OF SERVICE

I, **Casey Faith Williams,** hereby certify that on this 24th  day of October, 2025, I mailed a true and correct copy of the foregoing **Amended Complaint for Violation of Civil Rights (42 U.S.C. § 1983)** to the following parties by **U.S. Mail, first-class postage prepaid**, at their last known addresses or through counsel of record if one has appeared:

*1. Sheriff Brad Whitehead*

*Union County Sheriff's Office*

*55 W. Main Street*

*Lake Butler, FL 32054*

13

**2. Judge Mitchell Bishop**

Union County Courthouse

55 W. Main Street

Lake Butler, FL 32054

**3. Judge George M. Wright**

Alachua County Family & Civil Justice Center

201 E. University Avenue, Gainesville, FL 32601.

**4. State Attorney Bruce Helling**

Office of the State Attorney, Eighth Judicial Circuit,

Union County Office

103 N. Lake Avenue, Lake Butler, FL 32054.

**5. Lieutenant William H. Miller Jr.**

Union County Sheriff's Office

55 W. Main Street

Lake Butler, FL 32054

**6. Sergeant James Jankowski**

Union County Sheriff's Office

14

*55 W. Main Street*

*Lake Butler, FL 32054*

**7. Captain Lyn Williams**

*Union County Sheriff's Office*

*55 W. Main Street*

*Lake Butler, FL 32054*

**8. Captain Tomlinson (Bailiff)**

*Union County Courthouse*

*55 W. Main Street*

*Lake Butler, FL 32054*

**9. Deputy Phillip Sellers**

*Union County Sheriff's Office*

*55 W. Main Street*

*Lake Butler, FL 32054*

**10. Deputy David C. Gladding**

*Union County Sheriff's Office*

*55 W. Main Street*

*Lake Butler, FL 32054*

15

**11. Deputy Samuel A. Murphy**

Union County Sheriff's Office

55 W. Main Street

Lake Butler, FL 32054

**12. Kellie Hendricks Rhoades**

Union County Clerk of Court & Comptroller

55 W. Main Street, Room 103

Lake Butler, FL 32054

**13. Linda L. James**

AAA Help Bail Bonds

958 South 6th Street

Macclenny, FL 32063

**14. Union County, Florida**

c/o Union County Board of County Commissioners

15 NE 1st Street

Lake Butler, FL 32054

Respectfully submitted,

16

**/s/ Casey Faith Williams / All Rights Reserved**

530 SW 1st Street

Lake Butler, Florida 32054

Email: Tat2L80.fw@gmail.com

Phone: (352) 538-8581

Date: October 10, 2025

17