UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASEY FAITH WILLIAMS,

    Plaintiff,

vs.

Case No. 3:25-cv-904-MMH-MCR

SHERIFF BRAD WHITEHEAD,
et al.,

    Defendants.
_____/

**O R D E R**

**THIS CAUSE** is before the Court sua sponte. On October 14, 2025, Plaintiff filed an Amended Complaint for Violation of Civil Rights (Dkt. No. 11) which rendered moot her previous pleadings and motions. See Malowney v. Federal Collection Deposit Group, 193 F.3d 1342, 1345 n.1 (11th Cir. 1999) (noting that "[a]n amended complaint supersedes a previously filed complaint"); Meterlogic, Inc. v. Copier Solutions, Inc., 185 F. Supp. 2d 1292, 1297 (S.D. Fla. 2002) (noting that the plaintiff's filing of an amended complaint "rendered moot the parties' previous pleadings and the defendants' summary judgment and Daubert motions").

In light of the foregoing, it is

**ORDERED:**

Plaintiff's Emergency Motion for Temporary Restraining Order and Preliminary Injunction (Doc. 3), Plaintiff's Emergency Motion for Temporary Restraining Order, Preliminary Injunction, and Motion to Rule Expediently and Expedite Screening (Doc. 7), and Plaintiff's Motion to Expedite Ruling on Emergency Temporary Restraining Order and Request for Ex Parte Consideration (Doc. 10) are **DENIED as moot**.

**DONE AND ORDERED** in Jacksonville, Florida, this 20th day of October, 2025.

**MARCIA MORALES HOWARD**
United States District Judge

lc11
Copies to:

Counsel of Record
Pro Se Parties