UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASEY FAITH WILLIAMS,

    Plaintiff,

v.                                                                    Case No.: 3:25-cv-00904-JEP-MCR

SHERIFF BRAD WHITEHEAD, et al.,

    Defendants.

_____

**ORDER**

**THIS CAUSE** is before this Court *sua sponte*. On November 3, 2025, Plaintiff filed a "Supplemental Update to Amended Complaint." (Doc. 14, Supplement). Plaintiff previously filed her Amended Complaint on October 14, 2025. (Doc. 11). However, Plaintiff did not have leave of court to file this supplemental pleading as required by the Federal Rules of Civil Procedure. *See* Fed. R. Civ. P. 15(d) ("On motion and reasonable notice, the court may, on just terms, permit a party to serve a supplemental pleading setting out any transaction, occurrence, or event that happened after the date of the pleading to be supplemented."). In addition, Plaintiff's "New Factual Development" all occurred prior to Plaintiff's filing of her Amended Complaint, and should have been included therein. *See* Supplement at 2–5.

In light of the foregoing, it is

**ORDERED:**

Plaintiff's "Supplemental Update to Amended Complaint" (Doc. 14) is

**STRICKEN.**

**DONE** and **ORDERED** in Jacksonville, Florida on November 12th, 2025.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
_Pro Se_ Party