UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASEY FAITH WILLIAMS,

    Plaintiff,

v.                                    Case No.: 3:25-cv-00904-JEP-MCR

SHERIFF BRAD WHITEHEAD, et al.,

    Defendants.

_____

### ORDER

**THIS CAUSE** is before this Court *sua sponte*. On August 8, 2025, Plaintiff filed an Affidavit of Service. (Doc. 6, Affidavit). Upon review of this filing, it appears that Plaintiff has failed to effect proper service upon Defendants according to the Federal Rules of Civil Procedure. Under the Federal Rules, a defendant may be served by a "person who is at least 18 years old and not a party," or pursuant to a court order by a "United States marshal or deputy marshal or by a person specially appointed." *See* Fed. R. Civ. P. 4(c)(2). In the affidavit, Plaintiff – a party to this action – states that she is "not a party to this action," and indicates that she served Defendants. *See* Affidavit at 1–3. In the affidavit, Plaintiff also asserts that Defendants were served on August 11, 2025, despite filing the affidavit on August 8, 2025. *See id.* Thus, it

appears that Plaintiff has failed to effect proper service upon Defendants within the 90 days allowed by Federal Rule of Civil Procedure 4(m) or to seek an extension of time in which to do so.

In light of the foregoing, it is

**ORDERED:**

Plaintiff is directed to show cause in a written response filed on or before **December 15, 2025**, why the claims raised against Defendants should not be dismissed without prejudice for failure to prosecute pursuant to Local Rule 3.10(a), United States District Court, Middle District of Florida.

Plaintiff is cautioned that failure to respond to this Court Order may result in dismissal of this action without further notice.

**DONE** and **ORDERED** in Jacksonville, Florida on November 13th, 2025.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
*Pro Se* Party

-2-