DEC 1 2025 PM1:24
FILED - USDC - FLMD - JAX

# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

**CASEY FAITH WILLIAMS,**

Plaintiff,

v.

**SHERIFF BRAD WHITEHEAD, et al.,**

Defendants.

Case No. **3:25-cv-904-JEP-MCR**

# PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE REGARDING SERVICE OF PROCESS

Plaintiff, Casey Faith Williams, respectfully submits this Response in compliance with the Court's Order to Show Cause regarding service of process and states as

follows:

# I. Acknowledgment of the Court's Order and Rule 4 Requirements

Plaintiff acknowledges the Court's instruction that service must fully comply with Federal Rule of Civil Procedure 4, including:

- **Rule 4(c)(1):** requiring that a properly issued summons must be served **with** the operative complaint;

- **Rule 4(c)(2):** requiring that service must be performed by a non-party at least 18 years old.

Plaintiff further acknowledges that, at the time the Amended Complaint was served, a **summons had not yet been issued by the Clerk of Court**, which rendered the initial service incomplete under Rule 4(c)(1).

2

## II. Explanation for the Initial Service Defect

Plaintiff respectfully explains that:

1. At the time of preparing and filing the Amended Complaint, Plaintiff was away from home and did not have access to the full set of lawsuit documents or the original complaint in order to amend it to Plaintiff's satisfaction.

2. Although ten days were granted, Plaintiff effectively had only three days to prepare and submit the filing due to circumstances outside her control.

3. Plaintiff relied on an older version of her complaint stored on her phone and a federal-format template.

4. While working to meet the Court's deadline and her own, Plaintiff mistakenly believed she could have the Amended Complaint served immediately upon filing and did not realize that a **summons signed and sealed by the Clerk** was required before service could be completed.

5. Plaintiff did not personally serve any defendants. Service was physically performed by **Amanda Kight**, an adult non-party over the age of 18.

3

6. The issue was not the act of service, but the **absence of an issued summons,** combined with a certificate-of-service wording error copied from an older template under time pressure.

This was a good-faith procedural misunderstanding, not an intentional disregard of Rule 4.

## III. Plaintiff Has Already Begun Correcting the Deficiency and Is Completing Proper Service

Upon receiving the Court's Order and reviewing the applicable rules, Plaintiff contacted the Clerk's Office and began the process to obtain properly issued summons for all defendants.

Plaintiff is now:

- Obtaining Clerk-issued summons,

- Re-serving all defendants with:

- the newly issued summons, and

- the Amended Complaint (the operative pleading),

- Using a non-party server in full compliance with Rule 4(c)(2), and

- Preparing accurate, corrected Declarations of service.

These steps will be completed **no later than December 15, 2025**, as required by the Court, unless the court grants additional time or Marshal service. *(see below in section V.)*

# IV. Request for Acceptance of Good Cause Under Rule 4(m)

Plaintiff respectfully submits that:

- the mistake was procedural and unintentional,

- the error is currently being cured, and

- no defendant has been prejudiced by the brief delay in perfecting service.

5

Plaintiff therefore requests that the Court accept this explanation as **good cause** under Rule 4(m) and permit service to be fully corrected without dismissal.

# V. Alternative Request for Additional Time or Marshal Service

If the Court determines that additional time or measures are required, Plaintiff respectfully requests:

1. A short extension of time under Rule 4(m) to complete re-service, and/or

2. Authorization for service by the United States Marshals Service for Defendant Linda James under Rule 4(c)(3). Linda James has rejected all previous attempts to serve her with documents.

# VI. Documents Attached in Support of This Response

To clarify the record regarding the individual who performed service, Plaintiff

6

attaches:

1. **Declaration of Service by Amanda Kight** – confirming she, as an adult non-party, performed the service of documents.

2. **Declaration of Truth by Bobbie Williams** – confirming that she transported Amanda Kight to each service location.

These declarations confirm that physical delivery of documents was performed by a qualified non-party, and that the defect was strictly procedural regarding the certificate-of-service wording and, of course, the absence of a summons.

# VII. Certificate of service

**Preservation of Previously Honored Alternative Service Protection**

Plaintiff submits this Response with the understanding that the **alternative service protections previously honored by the prior judge remain in effect**, as nothing in the record indicates they have been revoked. The prior judge acknowledged Plaintiff's safety concerns and the documented retaliation, which made direct service unreasonable and unsafe.

Federal courts have long held that alternative service is appropriate where normal service would expose a party to danger or intimidation. See **Rio Properties, Inc. v. Rio Int'l Interlink**, 284 F.3d 1007 (9th Cir. 2002) (courts have broad discretion to authorize alternative service when ordinary service is impractical or dangerous); **Mullane v. Central Hanover Bank**, 339 U.S. 306 (1950) (due process permits flexible service methods when personal service is unsafe); and **United States v. Tittjung**, 235 F.3d 330 (7th Cir. 2000) (alternative service is justified when a defendant's conduct makes service unduly difficult or dangerous).

Because these protections were already recognized earlier in this case, and because the circumstances of retaliation and risk have significantly increased since the civil complaint was amended, Plaintiff proceeds under the presumption that the Court continues to honor the same safety-based alternative service framework.

## CONCLUSION

For the reasons stated above, Plaintiff respectfully requests that the Court:

1. Accept this Response as good cause under Rule 4(m),

8

2. Accept the attached declarations as accurate clarification of service,

3. Permit Plaintiff to complete corrected service now that proper summons is being issued,

4. Determine that dismissal is unnecessary,

5. Or, if needed, grant a short extension or authorize U.S. Marshal service.

Respectfully submitted,

**Casey Faith Williams**

Plaintiff, sui juris

530 SW 1st St.

Lake Butler, Florida 32054

(352) 538-8581

Tat2L80.fw@gmail.com

Jesus.junkie4life@gmail.com

9

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# JACKSONVILLE DIVISION

**Casey Faith Williams,**

 **Plaintiff,**

**v.**

**SHERIFF BRAD WHITEHEAD, et al.,**

 **Defendants.**

**Case No. 3:25-cv-904-JEP-MCR**

## DECLARATION OF SERVICE AND

## CERTIFICATE OF SERVICE

*(This Declaration is merely to show that Plaintiff did not personally serve the*

*Defendants the original Amended Complaint on October 24, 2025.)*

**BY AMANDA KIGHT**

I, **Amanda Kight**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746

that the following is true and correct:

# 1. Identity of Declarant

I am over **18 years of age**, competent to testify, and **not a party** to the lawsuit

*Casey Faith Williams v. Sheriff Brad Whitehead, et al.*, Case No.

3:25-cv-904-MMH-MCR, in the United States District Court for the Middle

District of Florida.

My full name is **Amanda Kight**, and my address is:

715 West mainstreet Apt. 221

Lake Butler Florida, 32054

2

## 2. Documents Served

I personally served the following documents for Plaintiff:

- A true and correct copy of the **Federal Civil Rights Complaint**.

These documents were delivered to each defendant listed below.

## 3. Service Completed (Grouped for Efficiency)

The following defendants were served by me in groups based on identical service locations and methods, consistent with the Federal Rules of Civil Procedure:

## A. Served at the Union County Clerk of Courts Office (Hand Delivery)

On the **24th day of October, 2025** approximately between 10:00-12:00 pm (noon), I personally delivered the summons and complaint to the following defendants at the Union County Clerk of Courts office at Union County Courthouse, 55 West Main Street, Room 103 Lake Butler, FL 32054:

3

- **Judge Mitchell Bishop**

- **Kellie Hendricks Rhoades**

- **Union County (Attn: Kellie Hendricks Rhoades)**

## B. Served at the Union County Sheriff's Department Front Desk (Hand Delivery)

On the **24th day of October, 2025** approximately between 10:00-12:00 pm (noon), I personally delivered the summons and complaint to the following defendants at the Sheriff's Department front desk at Union County Sheriff's Office, 55 West Main Street, Room 102 Lake Butler, FL 32054:

- **Sheriff Brad Whitehead**

- **Lieutenant William H. Miller Jr.**

- **Sergeant James Jankowski**

4

- **Captain Lyn Williams**

- **Captain Tomlinson (Bailiff)**

- **Phillip Sellers**

- **David C. Gladding**

- **Samuel A. Murphy**

## C. Served by Certified Mail

On the **24th day of October, 2025** approximately between 10:00-12:00 pm (noon), I served the following defendants by **certified mail**, addressed to their respective offices:

- **Linda L. James** - AAA Help Bail Bonds (a/k/a AAA Help Bail Bonds Inc.), 19 W Macclenny Ave, Ste 111 Macclenny, FL 32063

5

- **Judge George Wright -** Circuit Judge, Eighth Judicial Circuit Alachua County Family & Civil Justice Center, 201 E University Avenue, Room 304 Gainesville, FL 32601

## D. Served at the State Attorney's Office (Hand Delivery)

On the **24th day of October, 2025** approximately between 10:00-12:00 pm (noon), I personally delivered the summons and complaint to Office of the State Attorney, Eighth Judicial Circuit – Union County Office, 103 N Lake Ave Lake Butler, FL 32054-1735:

- **State Attorney Bruce Helling**

## 4. Eligibility to Serve Process

I affirm the following:

- I am **not a party** to this action;

- I am **not related** to any party;

6

- I have **no personal or financial interest** in the outcome;

- I am legally eligible to conduct service under **Fed. R. Civ. P. 4(c)(2)**;

- I personally completed each act of service listed herein.

## 5. Transportation Information

On the dates of service, **Bobbie Williams** transported me to each service location. I remained the person who physically delivered the documents to each defendant.

## 6. Certificate of Service

Pursuant to the Federal Rules of Civil Procedure, I certify that all defendants listed in Section 3 were served with:

- the civil rights complaint, on the dates, approximate times, and at the locations stated above.

7

This declaration constitutes my **Certificate of Service** and **Proof of Service** under Federal Rule of Civil Procedure 4(l)(1).

## 7. Signature Under Penalty of Perjury

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 24th day of November, 2025,

in Lake Butler, Florida, in Union County.

**Amanda Kight,** All Rights Reserved

Declarant

[No active phone number is available at this time]

[Phone Number]

agKight@msn.com

[Email]

8

# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF FLORIDA

# JACKSONVILLE DIVISION

CASEY FAITH WILLIAMS,

 Plaintiff,

v.

SHERIFF BRAD WHITEHEAD, et al.,

 Defendants.

Case No. 3:25-cv-904-MMH-MCR

# DECLARATION OF TRUTH OF BOBBIE WILLIAMS

## REGARDING TRANSPORTATION OF PROCESS SERVER

I, **Bobbie Williams**, declare under penalty of perjury that the following to be true and correct:

1. My name is **Bobbie Williams**, and I am over eighteen (18) years of age and competent to make this declaration.

2. I am the stepmother of Plaintiff, **Casey Faith Williams**.

3. I am **not** a party to this lawsuit and have no personal interest in its outcome.

4. On **October 24, 2025**, I personally transported **Amanda Kight** so that she could serve the **Amended Complaint** and related documents on all defendants named in this case.

5. On that date, I transported Amanda Kight to the offices and locations associated with the defendants, including the post office in **Union County (Lake Butler), Florida**.

6. I acted **only as the driver**. I did **not** serve any documents myself; all service of process was performed solely by **Amanda Kight**, an adult non-party.

2

7. The time frame in which travel and service occurred was approximately between **10:00 a.m. and 12:00 p.m. (noon)** on **October 24, 2025**.

8. This declaration is made to clarify the record regarding the individual who performed service of process and to confirm my role as the person who transported her and as a witness to this action.

I declare under penalty of perjury that the foregoing is true and correct under the laws of the United States of America.

Executed on this 24th day of November, 2025.

*(signature)*

**Bobbie Williams,** All Rights Reserved,

Declarant

386 984 2112

*(Phone number)*

_____

*(Email address, optional)*

3