# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF FLORIDA

## JACKSONVILLE DIVISION

Casey Faith Williams,

Plaintiff,

v.

SHERIFF BRAD WHITEHEAD, et al.,

Defendants.

Case No. 3:25-cv-904-JEP-MCR

## DECLARATION OF SERVICE AND

## CERTIFICATE OF SERVICE

*(This Declaration is merely to show that Plaintiff did not personally serve the*

*Defendants the original Amended Complaint on October 24, 2025.)*

**By Bobbie Williams**

I, **Bobbie Williams**, declare under penalty of perjury pursuant to 28 U.S.C. § 1746

that the following is true and correct:

## 1. Identity of Declarant

I am over **18 years of age**, competent to testify, and **not a party** to the lawsuit

*Casey Faith Williams v. Sheriff Brad Whitehead, et al.*, Case No.

3:25-cv-904-MMH-MCR, in the United States District Court for the Middle

District of Florida.

My full name is **Bobbie Jo Williams**, and my address is:

530 SW 1st Street

Lake Butler Fl 32054

2

## 2. Documents Served

I personally served the following documents for Plaintiff:

- A true and correct **Civil Summons, signed and sealed by the Federal Clerk of Court**.

- A true and correct copy of the **Federal Civil Rights Complaint**.

These documents were delivered to each defendant listed below.

## 3. Service Completed (Grouped for Efficiency)

The following defendants were served by me in groups based on identical service locations and methods, consistent with the Federal Rules of Civil Procedure:

### A. Served at the Union County Clerk of Courts Office (Hand Delivery)

On the **10th day of December, 2025** approximately between 1:00-2:00 pm, I personally hand-delivered the summons and complaint to the desk clerk to be given to the following defendants at the Union County Clerk of Courts office at Union County Courthouse, 55 West Main Street, Room 103 Lake Butler, FL 32054:

- **Judge Mitchell Bishop**

- **Kellie Hendricks Rhoades**

- **Union County (Attn: Kellie Hendricks Rhoades)**

## B. Served at the Union County Sheriff's Department Front Desk (Hand Delivery)

On the **10th day of December, 2025** approximately between 1:00-2:00 pm, I personally delivered the summons and complaint to the desk clerk for the following defendants at the Sheriff's Department front desk at Union County Sheriff's Office, 55 West Main Street, Room 102 Lake Butler, FL 32054:

- **Sheriff Brad Whitehead**

4

- Lieutenant William H. Miller Jr.

- Sergeant James Jankowski

- Captain Lyn Williams

- Captain Tomlinson (Bailiff)

- Phillip Sellers

- David C. Gladding

- Samuel A. Murphy

## C. Served by Certified Mail

On the **12th and 15th days of December, 2025,** I will be serving the following

defendants by **hand-delivery,** which requires traveling out of the county, both in

5

opposite directions of my residence.

- **Linda L. James** - AAA Help Bail Bonds (a/k/a AAA Help Bail Bonds Inc.), 19 W Macclenny Ave, Ste 111 Macclenny, FL 32063

- **Judge George Wright** - Circuit Judge, Eighth Judicial Circuit Alachua County Family & Civil Justice Center, 201 E University Avenue, Room 304 Gainesville, FL 32601

## D. Served at the State Attorney's Office (Hand Delivery)

On the **10th day of December, 2025** approximately between 1:00-2:00 pm, I personally delivered the summons and complaint to Office of the State Attorney, Eighth Judicial Circuit – Union County Office, 103 N Lake Ave Lake Butler, FL 32054-1735:

- **State Attorney Bruce Helling**

## 4. Eligibility to Serve Process

6

I affirm the following:

- I am **not a party** to this action;

- I have **no personal or financial interest** in the outcome;

- I am legally eligible to conduct service under **Fed. R. Civ. P. 4(c)(2)**;

- I personally completed each act of service listed herein.

## 5. Certificate of Service

Pursuant to the Federal Rules of Civil Procedure, I certify that all defendants listed in Section 3 were served with:

- A true and correct **Civil Summons, signed and sealed by the Federal Clerk of Court,** and

- the civil rights complaint, on the dates, approximate times, and at the locations stated above.

This declaration constitutes my **Certificate of Service** and **Proof of Service** under

Federal Rule of Civil Procedure 4(l)(1).

## 6. Signature Under Penalty of Perjury

I declare under penalty of perjury under the laws of the United States of America

that the foregoing is true and correct.

Executed on this 10th day of December, 2025,

in Lake Butler, Florida, in Union County.

_Bobbie Williams_

**Bobbie Williams,** All Rights Reserved

Declarant

_386 989 2112_

[Phone Number]

_N/A_

[Email, optional]

8