# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# JACKSONVILLE DIVISION

Case No. 3:25-CV-00904-JEP-MCR

CASEY FAITH WILLIAMS,

     Plaintiff,

v.

SHERIFF BRAD WHITEHEAD, et al.

     Defendants.

_____

### DEFENDANTS' DISCLOSURE STATEMENT (CIVIL) UNDER RULE 7.1, FEDERAL RULES OF CIVIL PROCEDURE, AND LOCAL RULE 3.03

> The disclosures in this statement will contribute to evaluating judicial recusal and diversity of citizenship. A summary of the law of recusal and citizenship accompanies this statement. Each party must revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy. The privacy protection of Rule 5.2, Federal Rules of Civil Procedure, applies to the disclosures.

## Recusal Information

1. If the filer is a non-governmental corporation, identify any parent corporation and any publicly held corporation holding 10% or more of the filer's shares.

Not applicable. The defendants filing this disclosure statement are BRAD WHITEHEAD, Union County Sheriff, WILLIAM H. MILLER JR., Union County Deputy, individually, JAMES JANKOWSKI, Union County Deputy, individually, LYN WILLIAMS, Union County Deputy, individually, CAPTAIN TOMLINSON, Union County Deputy, individually, PHILLIP SELLERS, Union County Deputy, individually, DAVID C. GLADDING, Union County Deputy, individually, and SAMUEL A. MURPHY, Union County Deputy, individually (collectively,

1

the "Union County Sheriff Defendants"). The Amended Complaint indicates, without explanation, that Sheriff Whitehead is "sued in individual and official capacities."

2. Identify any other entity or natural person — not a party or counsel of record — with an interest the action's outcome might substantially affect.

   None known. There is an applicable insurance policy, but this action's outcome would not substantially affect the Florida Sheriffs Risk Management Fund.

3. Identify any lawyer — other than counsel of record — who serves or has served in the action as a lawyer for the filer, who is financially interested in the action, or who might appear as a material witness in the action.

   None                                                                    known.

4. If this is a bankruptcy appeal, identify the debtor, the trustee, and the members of the creditors' committee.

   Not applicable.

5. Identify any entity or natural person not already disclosed and likely to actively participate in this action.

   None known.

6. Identify any conflict of interest affecting the district judge or the magistrate judge in this action.

   None known.

## Citizenship Information

If the filer is a **natural person**, the filer must identify the filer's citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence.

If the filer is a **corporation**, the filer must identify its place of incorporation and its principal place of business.

If the filer is a **limited liability company** or **other unincorporated entity**, the filer must identify each member and the citizenship of each member and, if a member is another unincorporated entity, each member of that entity and that member's citizenship, and so on.

If, in a direct action against an insurer based on a policy or contract of liability insurance, the filer is the **insurer** and if the insured is not joined as a defendant, the filer, in accord with 28 U.S.C. § 1332(c)(1), must identify the filer's state of incorporation, the filer's principal place of business, and the insured's citizenship.

If the filer is the **legal representative of an estate**, the filer must identify the decedent's citizenship.

If the filer is the **legal representative of an infant or an incompetent person**, the filer must identify the infant's or incompetent person's citizenship.

7. If a pleading or notice of removal asserts diversity jurisdiction under 28 U.S.C. § 1332(a) or supplemental jurisdiction under 28 U.S.C. § 1367(a), state the filer's citizenship.

   Not applicable.

8. If this is a class action under 28 U.S.C. § 1332(d), state the filer's citizenship. If the filer is an unincorporated association, identify the association's principal place of business and the state under whose laws the association is organized.

   Not applicable.

## Certificate

**The filer certifies that the disclosures in this statement are complete and accurate to the best of the filer's knowledge, information, and belief. The filer agrees to revise and supplement the disclosures throughout the pendency of the action to ensure continuing completeness and accuracy.**

3

Respectfully submitted, this 6th day of January 2026.

/s/ Zackery A. Scharlepp

 Zackery A. Scharlepp
(FBN 85374)
Russell S. Kent
(FBN 20257)
zscharlepp@coppinsmonroe.com
rkent@coppinsmonroe.com
bmiller@coppinsmonroe.com
cmarchena@coppinsmonroe.com

Coppins Monroe, P.A.
2316 Killearn Center Blvd., Suite 202
Tallahassee, FL 32309
Office: 850-422-2420

Attorneys for the Union County Sheriff
Defendants

**CERTIFICATE OF SERVICE**

Pursuant to Federal Rule of Civil Procedure 5(b)(3) and N.D. Florida Local Rule 5.1, this document is being filed electronically, and service shall be through the Court's transmission facilities on all persons appearing before this Court.

I also certify that on Tuesday, January 6, 2026, a copy of same will be sent via electronic and U.S. Mail to Pro Se Plaintiff as follows:

Casey Faith Williams
530 SW 1st Street
Lake Butler, FL 32054
tat2l80.fw@gmail.com
Jesus.junkie4life@yahoo.com

/s/ Zackery A. Scharlep

4