# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
## Jacksonville Division

Casey Faith Williams,
Plaintiff,

v.                                                        Case No. 3:25-cv-904-JEP-MCR

Kellie Hendricks Rhoades, et al.,
Defendants.

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE
## AS TO DEFENDANT KELLIE HENDRICKS RHOADES

Plaintiff, Casey Faith Williams, hereby gives notice of voluntary dismissal without prejudice of all claims against Defendant Kellie Hendricks Rhoades only, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

This Notice applies solely to Defendant Kellie Hendricks Rhoades in her individual capacity only. This voluntary dismissal does not dismiss, affect, or otherwise apply to the Union County Board of County Commissioners, the Union County Commission, or any commissioners sued in their official or representative capacities, including any claims asserted against the Commission as an entity, even if Defendant Kellie Hendricks Rhoades is named or referenced in an official, administrative, or representative role. All claims against the remaining defendants, including the Union County Board of County Commissioners, are expressly preserved and unaffected.

Respectfully submitted,

/s/ Casey Faith Williams
Casey Faith Williams
Plaintiff, Sui Juris, In Propria Persona (Pro Per)
530 SW 1st St.
Lake Butler, Florida 32054
352-538-8581
Tat2L80.fw@gmail.com
Jesus.junkie4life@yahoo.com

## CERTIFICATE OF SERVICE

1

I hereby certify that on this 31st day of December, 2025, I served a true and correct copy of the foregoing Notice of Voluntary Dismissal Without Prejudice as to Defendant Kellie Hendricks Rhoades by email upon:

John Londot
Greenberg Traurig, LLP
londotj@gtlaw.com

Service by email was consented to by counsel.

/s/ Casey Faith Williams
Casey Faith Williams
Plaintiff, Sui Juris, In Propria Persona (Pro Per)

2