**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

CASEY FAITH WILLIAMS,
    Plaintiff,

v.

SHERIFF BRAD WHITEHEAD,
*official and individual capacity*,
UNION COUNTY, FLORIDA,
*official and individual capacity,*
JUDGE MITCHELL BISHOP,
*official and individual capacity,*
JUDGE GROEGE WRIGHT,
*official and individual capacity,*
STATE ATTORNEY BRUCE
HELLING, *official and individual
capacity,* LIEUTENANT WILLIAM
H. MILLER, JR., *official and
individual capacity,* SERGEANT
JAMES JANKOWSKI, *official and
individual capacity,* CAPTAIN
LYN WILLIAMS, *official and
individual capacity,* CAPTAIN
TOMLINSON, *Bailiff, official and
individual capacity,* PHILLIP
SELLERS, *official and individual
capacity,* DAVID C. GLADDING,
*official and individual capacity,*
SAMUEL A. MURPHY, *official and
individual capacity,* LINDA L.
JAMES, *individual capacity,*
KELLIE HENDRICKS RHOADES,
*official and individual capacity*
    Defendant.

_____/

Case No:  3:25-cv-904-JEP-MCR

## <u>S H O W   C A U S E   O R D E R</u>

    This matter is before the Court on a status review. This case was filed

on August 8, 2025 (Doc. 1), yet the parties have failed to file a joint Case

Management Report as required by Local Rule 3.02. Accordingly, Plaintiff is

ordered to **SHOW CAUSE** within fourteen (14) days from the date of this Order why this case should not be dismissed for Plaintiff's failure to file a joint Case Management Report as ordered and otherwise prosecute this action pursuant to Local Rule 3.10.

**DONE AND ORDERED** in Jacksonville, Florida this 11th day of May, 2026.

_____

JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies to:
    Counsel of Record