UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CASEY FAITH WILLIAMS,

     Plaintiff,

v.                                                                    Case No.: 3:25-cv-904-JEP-MCR

SHERIFF BRAD WHITEHEAD et al.,

     Defendants.

_____/

## <u>ORDER</u>

**THIS CAUSE** is before this Court on this Court's Show Cause Order (Doc. 38) and Plaintiff's Response (Doc. 39). On May 11, 2026, this Court ordered Plaintiff to show cause why the case should not be dismissed as "the parties [had not filed] a joint Case Management Report as required by Local Rule 3.02." (Doc. 38 at 1).

First, this Court accepts Plaintiff's response as timely, given Plaintiff's attempt to comply with this Court's deadline and apparent mailing delays. (*See* Doc. 39 at 1–4). However, in the remainder of her response, Plaintiff does not address the Case Management Report ("**CMR**") issue, instead arguing that "service was completed and proof was filed" and requesting "reassignment or recusal" from the undersigned. (*See id.* at 4, 7).

Turning to the first issue, this Court's May 11, 2026 Order did not raise

service issues[1] and only raised the lack of compliance with Local Rule 3.02. (*See* Doc. 38 at 1–2); *see also* M.D. Fla. R. 3.02 (requiring parties to file their CMR "within forty days after any defendant appears in an action originating in this court"). Thus, Plaintiff will again be ordered to show cause why a CMR has not been filed in this case. As to recusal and any other request for relief, Plaintiff cannot combine a response and a motion in the same filing. *See* M.D. Fla. R. 3.01(b). Thus, to the extent Plaintiff continues to seek such relief, she must file a separate motion in compliance with the Local Rules.

Accordingly, Plaintiff is **ORDERED** to show cause in writing, on or before **June 30, 2026**, why this case should not be dismissed for failure to file a joint Case Management Report pursuant to Local Rule 3.10.

**DONE** and **ORDERED** in Jacksonville, Florida on June 16, 2026.

_____
JORDAN E. PRATT
UNITED STATES DISTRICT JUDGE

Copies:
*Pro Se* Party
Counsel of Record

---

[1] While this Court entered a show cause order related to service issues in November 2025, (*see* Doc. 18 at 1–2), that order is not at issue here.