UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION

CASEY FAITH WILLIAMS,

Plaintiff,

v.

SHERIFF BRAD WHITEHEAD, et al.,

Defendants.

Case No.: 3:25-cv-00904-JEP-MCR

**PLAINTIFF'S REQUEST FOR CLERK'S ENTRY OF DEFAULT AGAINST DEFENDANTS MITCHELL D. BISHOP, GEORGE WRIGHT, BRUCE HELLING, UNION COUNTY, AND LINDA L. JAMES PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55(a)**

COMES NOW Plaintiff, Casey Faith Williams, Sui Juris, in propria persona (Pro Per), and respectfully requests that the Clerk of Court enter default against Defendants Mitchell D. Bishop, George Wright, Bruce Helling, Union County, and Linda L. James pursuant to Federal Rule of Civil Procedure 55(a), and states as follows:

1. Plaintiff initiated this action and caused summons and the operative complaint to be served upon the above-named Defendants.

2. Pursuant to Federal Rule of Civil Procedure 12(a), each Defendant was required to serve an answer or otherwise respond within the applicable time after service.

3. The time permitted for the above-named Defendants to answer, move, or otherwise defend has expired.

4. As of the date of this filing, Defendants Mitchell D. Bishop, George Wright, Bruce Helling, Union County, and Linda L. James have failed to plead or otherwise defend this action.

## I. DEFENDANT MITCHELL D. BISHOP

5. Defendant Mitchell D. Bishop was served with the summons and complaint on or about October 24, 2025.

6. Service was completed by: Amanda Kight and Bobbie Williams.

7. Defendant Mitchell D. Bishop's deadline to respond expired on or about November 15, 2026.

8. To the Plaintiff's knowledge, Defendant Mitchell D. Bishop has failed to file an answer, motion, or other responsive pleading and has not otherwise defended this action.

9. Plaintiff respectfully requests that the Clerk enter default against Defendant Mitchell D. Bishop pursuant to Federal Rule of Civil Procedure 55(a).

## II. DEFENDANT GEORGE WRIGHT

10. Defendant George Wright was served with the summons and complaint on or about December 15, 2025.

11. Service was completed by: Selena McRae-Dobbs and Bobbie Williams.

12. Defendant George Wright's deadline to respond expired on or about January 5, 2026.

13. Defendant George Wright has failed to file an answer, motion, or other responsive pleading and has not otherwise defended this action.

14. Plaintiff respectfully requests that the Clerk enter default against Defendant George Wright pursuant to Federal Rule of Civil Procedure 55(a).

3

### III. DEFENDANT BRUCE HELLING

15.  Defendant Bruce Helling was served with the summons and complaint on or about October 24, 2025.

16.  Service was completed by: Amanda Kight and Bobbie Williams.

17.  Defendant Bruce Helling's deadline to respond expired on or about November 15, 2025.

18.  Defendant Bruce Helling has failed to file an answer, motion, or other responsive pleading and has not otherwise defended this action.

19.  Plaintiff respectfully requests that the Clerk enter default against Defendant Bruce Helling pursuant to Federal Rule of Civil Procedure 55(a).

### IV. DEFENDANT UNION COUNTY

20.  Defendant Union County was served with the summons and complaint on or about October 24, 2025.

21.  Service was completed by: Amanda Kight and Bobbie Williams.

22.  Defendant Union County's deadline to respond expired on or about November 15, 2025.

4

23. Defendant Union County has failed to file an answer, motion, or other responsive pleading and has not otherwise defended this action.

24. Plaintiff respectfully requests that the Clerk enter default against Defendant Union County pursuant to Federal Rule of Civil Procedure 55(a).

## V. DEFENDANT LINDA L. JAMES

25. Defendant Linda L. James was served with the summons and complaint on or about December 12.

26. Service was completed by: Selena McRae-Dobbs and Bobbie Williams.

27. Defendant Linda L. James' deadline to respond expired on or about January 3, 2026.

28. Defendant Linda L. James has failed to file an answer, motion, or other responsive pleading and has not otherwise defended this action.

29. Plaintiff respectfully requests that the Clerk enter default against Defendant Linda L. James pursuant to Federal Rule of Civil Procedure 55(a).

30. The docket reflects that Defendants Sheriff Brad Whitehead and the deputy Defendants appeared through counsel and timely filed responsive pleadings, all of which were properly served upon Plaintiff. Plaintiff likewise received responsive filings from counsel representing Defendant Kellie Hendricks

5

Rhoades before Plaintiff voluntarily dismissed the claims asserted against Ms. Rhoades in her individual capacity relating to her denial of Plaintiff's public records request.

31.  Plaintiff did not dismiss the claims asserted against Union County. Plaintiff's understanding is that the filings submitted on behalf of Ms. Rhoades addressed only the claims asserted against her personally and did not constitute a response on behalf of Union County to the claims for injunctive and other relief asserted against the County. Plaintiff has received no answer, motion, notice of appearance, or other responsive pleading from Union County.

32.  Likewise, Plaintiff has received no answer, motion, notice of appearance, or other responsive pleading from Defendants Mitchell D. Bishop, George Wright, Bruce Helling, or Linda L. James. To Plaintiff's knowledge and based upon the Court's docket, these Defendants have failed to plead or otherwise defend this action within the time allowed by the Federal Rules of Civil Procedure.

33.  Plaintiff relies upon the proofs of service previously filed with this Court demonstrating that the above-named Defendants were served with process and that the time for responding has expired.

6

34.  Because Defendants Mitchell D. Bishop, George Wright, Bruce Helling, Union County, and Linda L. James have failed to plead or otherwise defend this action as required by the Federal Rules of Civil Procedure, entry of default by the Clerk is appropriate pursuant to Federal Rule of Civil Procedure 55(a).

WHEREFORE, Plaintiff respectfully requests that the Clerk of Court enter default against Defendants Mitchell D. Bishop, George Wright, Bruce Helling, Union County, and Linda L. James pursuant to Rule 55(a), and grant such further relief as the Court deems just and proper.

Respectfully submitted,

Casey Faith Williams

Sui Juris, in propria persona (Pro Per)

Plaintiff

Date: June 29, 2026

7

**CERTIFICATE OF SERVICE**

Plaintiff respectfully states that this Court has previously been advised, through prior motions and filings, that requiring Plaintiff to personally serve copies of filings upon Defendants presents a substantial risk of retaliation due to the nature of this litigation, the identities of the Defendants, Plaintiff's prior incarceration, and the allegations asserted in this action.

Plaintiff has previously requested that the Court permit filing through the Court's CM/ECF system, together with service by the Clerk or the Court's electronic filing system upon any appearing parties, and that Plaintiff be excused from personally serving Defendants because of these documented retaliation concerns.

To the extent any Defendant has appeared through counsel and receives electronic service through the Court's CM/ECF system, Plaintiff respectfully relies upon that method of service. To the extent any Defendant has not appeared, Plaintiff respectfully renews Plaintiff's request to be excused from any requirement of personally serving such Defendant with this filing because doing so would unnecessarily expose Plaintiff to the same substantial retaliation risks previously presented to this Court.

8

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 29th day of June, 2026.

/S/ Casey Faith Williams

Sui Juris, in propria persona (Pro Per)

9